UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MARY LITTLEHALE,

    Plaintiff(s),

    v.

THE HAIN CELESTIAL GROUP, INC. Et al.,

    Defendant(s).

No. C 11-06342 PJH

**ORDER**

On April 2, 2012, the court approved a stipulation of the parties that plaintiff be permitted additional time to and including April 6, 2012 to respond to defendants' motion to dismiss in view of her anticipated amended complaint. The amended complaint was filed on April 6, 2012 but no opposition to the motion was filed. The parties shall immediately meet and confer and advise the court 1) whether the pending motion is withdrawn by defendants in light of the amended complaint, or 2) whether plaintiff stipulates to the dismissal of the original complaint in light of the amended complaint. As defendants may move to dismiss the first amended complaint, the court sees no reason to review a motion attacking a complaint that is no longer operative. The parties shall advise the court no later than noon on Friday April 20, 2012.

**IT IS SO ORDERED.**

Dated: April 16, 2012

PHYLLIS J. HAMILTON
United States District Judge