1  William J. Friedman (admitted *pro hac vice*)
   wfriedman@cov.com
2  Simon J. Frankel (State Bar No. 171552)
   sfrankel@cov.com
3  Margaret D. Wilkinson (State Bar No. 244965)
   mwilkinson@cov.com
4  COVINGTON & BURLING LLP
   One Front Street, 35th Floor
5  San Francisco, California  94111
   Telephone:     (415) 591-6000
6  Facsimile:     (415) 591-6091

7  Attorneys for Defendants
   THE HAIN CELESTIAL GROUP and
8  JASON NATURAL PRODUCTS, INC.

9

10              **IN THE UNITED STATES DISTRICT COURT**

11           **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

12

| | |
|---|---|
| 13  MARY LITTLEHALE, SKYE ASTIANA, and TAMAR DAVIS LARSEN, on behalf of themselves and all others similarly situated, | Civil Case No.:  4:11-cv-06342-PJH |
| 14 | |
| 15 | **STIPULATED REQUEST FOR ORDER EXTENDING TIME TO RESPOND TO FIRST AMENDED COMPLAINT AND CONTINUING CASE MANAGEMENT CONFERENCE** |
| 16         Plaintiff, | |
| 17      v. | |
| THE HAIN CELESTIAL GROUP, INC., a Delaware Corporation, and JASON NATURAL PRODUCTS, INC., a California Corporation; | (Local Rule 6-2(a)) |
| 18 | |
| 19 | |
| 20         Defendants. | |

21

22

23

24

25

26

27

28

1    Pursuant to Local Rule 6-2 of the Local Rules for the Northern District of

2   California, Plaintiffs Mary Littlehale, Skye Astiana, and Tamar Davis Larsen (collectively,

3   "Plaintiffs") and Defendants The Hain Celestial Group, Inc. ("Hain Celestial") and JASON

4   Natural Products, Inc. ("JASON") (collectively, "Defendants"), by and through their respective

5   counsel, jointly request that the Court enter an order extending Defendants' time to respond to

6   the First Amended Complaint ("FAC") and continuing the Case Management Conference

7   ("CMC") as detailed below.

8    On March 16, 2012, Defendants filed a Motion to Dismiss the Complaint

9   ("Motion to Dismiss").  On April 6, 2012, Plaintiffs filed the FAC, and no opposition to the

10   Motion to Dismiss was filed.  While Defendants do not concede that the FAC cures the defects

11   advanced by the Motion to Dismiss, Plaintiffs and Defendants have agreed that the original

12   complaint is superseded by the filing of the FAC (and effectively withdrawn) and that, in the

13   interests of judicial economy, the Motion to Dismiss should be deemed withdrawn, without

14   prejudice to Defendants moving to dismiss the FAC.

15    Pursuant to Federal Rule of Civil Procedure 15, Defendants' deadline for

16   responding to the FAC is presently April 20, 2012.  Plaintiffs have agreed to grant Defendants

17   an additional three weeks, to May 11, 2012, to respond to the FAC.

18    Defendants plan to file a Motion to Dismiss the FAC.  Under the applicable

19   Local Rules, the hearing on such a motion to dismiss would occur after the Case Management

20   Conference ("CMC"), currently scheduled for May 3, 2012.  The Parties agree that it would be

21   beneficial for the Court to have an opportunity to consider the Motion to Dismiss the FAC and

22   the likely direction of the pleadings prior to the CMC.  The Parties therefore agree that the CMC

23   should be continued to the date of the hearing on the Motion to Dismiss the FAC.  With the

24   Court's permission, the Parties respectfully request that both the CMC and the hearing be

25   scheduled for the same date and time in late June to accommodate the travel schedule of

26   Defendants' lead counsel, William Friedman, who will be traveling internationally from China

27   where he is currently based to appear before the Court on the Motion to Dismiss.

28

1    Accordingly, the Parties have agreed to, and jointly request that the Court enter

2    an order setting, the following proposed schedule:

3    (a)    Defendants' deadline to file a Motion to Dismiss the FAC is extended to

4    and including May 11, 2012.

5    (b)    Plaintiffs' deadline to file an Opposition to Defendants' Motion to

6    Dismiss the FAC is extended to and including June 6, 2012.

7    (c)    Defendants' deadline to reply to Plaintiffs' Opposition is extended to and

8    including June 13, 2012.

9    (d)    Both the hearing on the Defendants' Motion to Dismiss the FAC and the

10   CMC are continued to June 27, 2012, at 9:00 a.m.

11   The Declaration of Simon J. Frankel in Support of Stipulated Request for an

12   Order Changing Time provides the information required by Local Rule 6-2(a)(1)–(3).

13   IT IS SO STIPULATED.

14   DATED:  April 17, 2012          STEMBER FEINSTEIN DOYLE
                                     PAYNE & KRAVEC LLC
15

16                                   By:  _____/s/_____
17                                        Joseph N. Kravec, Jr.
                                          Attorneys for Plaintiff
18                                        MARY LITTLEHALE

19   DATED:  April 17, 2012          COVINGTON & BURLING LLP

20                                   By:  _____/s/_____
21                                        Simon J. Frankel
                                          Attorneys for Defendants
22                                        THE HAIN CELESTIAL GROUP, INC. and
                                          JASON NATURAL PRODUCTS
23

24              IT IS SO ORDERED.

25   DATED:  __April 19_____, 2012   By:  _____
26                                        The Honorable [illegible] Hamilton
                                          United States Dis[illegible]
27

28
     STIPULATED REQUEST FOR ORDER EXTENDING              3                    Civil Case No.:  4:11-cv-06342-PJH
     TIME TO RESPOND TO AMENDED COMPLAINT
     AND CONTINUING CASE MANAGEMENT
     CONFERENCE

**ECF CERTIFICATION**

   I, Simon J. Frankel, am the ECF User whose identification and password are being used to file this Stipulated Request for Order Extending Time to Respond to Amended Complaint and Continuing Case Management Conference.  In compliance with General Order 45.X.B, I hereby attest that Joseph N. Kravec, Jr. has concurred in this filing.


 DATED:  April 17, 2012    COVINGTON & BURLING LLP

             By:   */s/ Simon J. Frankel*
               Simon J. Frankel