William J. Friedman (admitted *pro hac vice*)
wfriedman@cov.com
Simon J. Frankel (State Bar No. 171552)
sfrankel@cov.com
Margaret D. Wilkinson (State Bar No. 244965)
mwilkinson@cov.com
COVINGTON & BURLING LLP
One Front Street, 35th Floor
San Francisco, California  94111
Telephone:     (415) 591-6000
Facsimile:      (415) 591-6091

Attorneys for Defendants
THE HAIN CELESTIAL GROUP and
JASON NATURAL PRODUCTS, INC.

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY LITTLEHALE, SKYE ASTIANA, and TAMAR DAVIS LARSEN, on behalf of themselves and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>THE HAIN CELESTIAL GROUP, INC., a Delaware Corporation, and JASON NATURAL PRODUCTS, INC., a California Corporation;<br><br>Defendants. | Civil Case No.:  4:11-cv-06342-PJH<br><br>**STIPULATED REQUEST FOR ORDER EXTENDING TIME TO RESPOND TO FIRST AMENDED COMPLAINT AND CONTINUING CASE MANAGEMENT CONFERENCE**<br>(Local Rule 6-2(a)) |

STIPULATED REQUEST FOR ORDER EXTENDING TIME TO RESPOND TO FIRST AMENDED COMPLAINT AND CONTINUING CASE MANAGEMENT CONFERENCE

Civil Case No.: 4:11-cv-06342-PJH

Pursuant to Local Rule 6-2 of the Local Rules for the Northern District of California, Plaintiffs Mary Littlehale, Skye Astiana, and Tamar Davis Larsen (collectively, "Plaintiffs") and Defendants The Hain Celestial Group, Inc. ("Hain Celestial") and JASON Natural Products, Inc. ("JASON") (collectively, "Defendants"), by and through their respective counsel, jointly request that the Court enter an order extending Defendants' time to respond to the First Amended Complaint ("FAC") and continuing the Case Management Conference ("CMC") as detailed below.

On March 16, 2012, Defendants filed a Motion to Dismiss the Complaint ("Motion to Dismiss").  On April 6, 2012, Plaintiffs filed the FAC, and no opposition to the Motion to Dismiss was filed.  While Defendants do not concede that the FAC cures the defects advanced by the Motion to Dismiss, Plaintiffs and Defendants have agreed that the original complaint is superseded by the filing of the FAC (and effectively withdrawn) and that, in the interests of judicial economy, the Motion to Dismiss should be deemed withdrawn, without prejudice to Defendants moving to dismiss the FAC.

Pursuant to Federal Rule of Civil Procedure 15, Defendants' deadline for responding to the FAC is presently April 20, 2012.  Plaintiffs have agreed to grant Defendants an additional three weeks, to May 11, 2012, to respond to the FAC.

Defendants plan to file a Motion to Dismiss the FAC.  Under the applicable Local Rules, the hearing on such a motion to dismiss would occur after the Case Management Conference ("CMC"), currently scheduled for May 3, 2012.  The Parties agree that it would be beneficial for the Court to have an opportunity to consider the Motion to Dismiss the FAC and the likely direction of the pleadings prior to the CMC.  The Parties therefore agree that the CMC should be continued to the date of the hearing on the Motion to Dismiss the FAC.  With the Court's permission, the Parties respectfully request that both the CMC and the hearing be scheduled for the same date and time in late June to accommodate the travel schedule of Defendants' lead counsel, William Friedman, who will be traveling internationally from China where he is currently based to appear before the Court on the Motion to Dismiss.

1    Accordingly, the Parties have agreed to, and jointly request that the Court enter
2 an order setting, the following proposed schedule:
3    (a)    Defendants' deadline to file a Motion to Dismiss the FAC is extended to
4 and including May 11, 2012.
5    (b)    Plaintiffs' deadline to file an Opposition to Defendants' Motion to
6 Dismiss the FAC is extended to and including June 6, 2012.
7    (c)    Defendants' deadline to reply to Plaintiffs' Opposition is extended to and
8 including June 13, 2012.
9    (d)    Both the hearing on the Defendants' Motion to Dismiss the FAC and the
10 CMC are continued to June 27, 2012, at 9:00 a.m.
11    The Declaration of Simon J. Frankel in Support of Stipulated Request for an
12 Order Changing Time provides the information required by Local Rule 6-2(a)(1)–(3).
13    IT IS SO STIPULATED.

DATED: April 17, 2012        STEMBER FEINSTEIN DOYLE
                             PAYNE & KRAVEC LLC

                             By:  _____/s/_____
                                  Joseph N. Kravec, Jr.
                                  Attorneys for Plaintiff
                                  MARY LITTLEHALE

DATED: April 17, 2012        COVINGTON & BURLING LLP

                             By:  _____/s/_____
                                  Simon J. Frankel
                                  Attorneys for Defendants
                                  THE HAIN CELESTIAL GROUP, INC. and
                                  JASON NATURAL PRODUCTS

    IT IS SO ORDERED.

DATED: __April 19__, 2012   By: _____
                                 The Honorable Phyllis J. Hamilton
                                 United States District Judge

**ECF CERTIFICATION**

I, Simon J. Frankel, am the ECF User whose identification and password are being used to file this Stipulated Request for Order Extending Time to Respond to Amended Complaint and Continuing Case Management Conference. In compliance with General Order 45.X.B, I hereby attest that Joseph N. Kravec, Jr. has concurred in this filing.

DATED: April 17, 2012         COVINGTON & BURLING LLP

                              By:   */s/ Simon J. Frankel*
                                    Simon J. Frankel