Janet Lindner Spielberg (SBN 221926)
**LAW OFFICES OF JANET LINDNER**
 **SPIELBERG**
12400 Wilshire Boulevard, #400
Los Angeles, California  90025
Tel:  (310) 392-8801
Fax:  (310) 278-5938
Email: jlspielberg@jlslp.com

Joseph N. Kravec, Jr. (admitted *pro hac vice*)
Wyatt A. Lison (admitted *pro hac vice*)
**STEMBER FEINSTEIN DOYLE**
 **PAYNE & KRAVEC, LLC**
Allegheny Building, 17th Floor
429 Forbes Avenue
Pittsburgh, PA  15219
Tel:  (412) 281-8400
Fax: (412) 281-1007
Email:jkravec@stemberfeinstein.com
Email:wlison@stemberfeinstein.com

Michael D. Braun (SBN 167416)
**BRAUN LAW GROUP, P.C.**
10680 West Pico Boulevard, Suite 280
Los Angeles, California  90064
Tel:  (310) 836-6000
Fax:  (310) 836-6010
Email: service@braunlawgroup.com

*ATTORNEYS FOR PLAINTIFFS*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **SKYE ASTIANA and TAMAR DAVIS LARSEN, on behalf of themselves and all others similarly situated,**<br><br>Plaintiffs,<br><br>v.<br><br>**THE HAIN CELESTIAL GROUP, INC., a Delaware Corporation and JASON NATURAL PRODUCTS, INC., a California Corporation,**<br><br>Defendants. | **CASE NO.:  4:11-cv-06342-PJH**<br><br><u>**CLASS ACTION**</u><br><br>**SECOND AMENDED COMPLAINT FOR DAMAGES, EQUITABLE, DECLARATORY AND INJUNCTIVE RELIEF**<br><br><u>**DEMAND FOR JURY TRIAL**</u> |

1    Plaintiffs Skye Astiana and Tamar Davis Larsen, by their attorneys, bring this class action

2    against The Hain Celestial Group, Inc. ("Hain") and Jason Natural Products, Inc. ("Jason Natural"),

3    a California corporation, (collectively, "Defendants"), on their own behalf and on behalf of all others

4    similarly situated, and allege as follows based upon information and belief and the investigation of

5    their counsel:[1]

6                                    **INTRODUCTION**

7            1.      This is a class action on behalf of Plaintiffs and a nationwide class of consumers, as

8    more fully defined herein, who, from December 15, 2007 through the present ("Class Period"),

9    purchased Defendants' personal care products identified in paragraphs 73 thru 75 of this Second

10   Amended Consolidated Complaint (hereinafter, "Products") labeled, marketed and sold as being

11   "All Natural," "Pure Natural or "Pure,  Natural & Organic"[2] even though each product contained

12   between one (1) and sixteen (16) of the following artificial and/or synthetic ingredients: Alpha-

13   isomethyl Ionone, Amyl Cinnamal, Ascorbic Acid, Benzyl Alcohol, Benzyl Benzoate, Benzyl

14   Silicylate, Cetearyl Alcohol, Cetyl Alcohol, Cinnamyl Alcohol, Citral, Citronellol, Coumarin,

15   Geraniol, Glycerine, Hydroxycitronellal, Polysorbate 20, Polysorbate 60, Potassium Hydroxide,

16   Propylene Glycol, Pyrodixine Hydrochloride, Sodium Benzoate, Stearyl Alcohol, Tocopherols,

17   Vanillin or Xanthan Gum.  Each of these ingredients is recognized as a synthetic or artificial

18   chemical / ingredient by federal regulations.

19           2.      Throughout the Class period, Defendants prominently made the claims "All Natural"

20   and "Pure Natural" on its personal care Products, cultivating a wholesome and healthful image in an

21   effort to promote the sale of these Products, even though the Products were actually <u>not</u> "All

22   Natural" or "Pure Natural."  While Defendants' Products' labels did disclose that they contained

23   Alpha-isomethyl Ionone, Amyl Cinnamal, Ascorbic Acid, Benzyl Alcohol, Benzyl Benzoate, Benzyl

24

---

25   [1] This action was originally filed by Mary Littlehale on December 15, 2011.  Dkt. 1.  In an Order
     dated July 2, 2012, the Court dismissed Ms. Littlehale's actions under California law without
26   prejudice, and Ordered Plaintiffs to file this Second Amended Complaint omitting her from the
     action.  Dkt. 48.

27
     [2] Unless otherwise indicated, "Pure Natural" and "Pure, Natural & Organic" shall be collectively
28   referred to herein as "Pure Natural."

SECOND AMENDED COMPLAINT for Damages, Equitable, Declaratory and Injunctive Relief;
Case No.: 4:11-cv-06342-PJH

Silicylate, Cetearyl Alcohol, Cetyl Alcohol, Cinnamyl Alcohol, Citral, Citronellol, Coumarin, Geraniol, Glycerine, Hydroxycitronellal, Polysorbate 20, Polysorbate 60, Potassium Hydroxide, Propylene Glycol, Pyrodixine Hydrochloride, Sodium Benzoate, Stearyl Alcohol, Tocopherols, Vanillin or Xanthan Gum, the labels did not disclose that these ingredients were non-natural, synthetic or artificial.[3]

3.      Moreover, Defendants' executives were told by their suppliers and acknowledged in writing as early as 2010 that Sodium Benzoate that one of the artificial ingredients used in 151 of the 203 supposedly "All Natural" and "Pure Natural" Products was artificial and could not be obtained from a natural source.  Yet, despite clearly having this specific knowledge, Defendants continued to label as being "All Natural" or "Pure Natural" the 151 Products containing Sodium Benzoate, as well as 52 additional Products containing other synthetic or artificial chemicals identified herein.

4.      In light of Defendants' "All Natural" and "Pure Natural" representations on the Products' labels, a reasonably prudent consumer would not expect the personal care products to include synthetic or artificial ingredients, especially the potentially harmful ones described herein.[4] Yet, as a result of Defendants' false and misleading labeling, Defendants were able to sell these purportedly "All Natural" and "Pure Natural" personal care Products to thousands of unsuspecting consumers in California and throughout the United States, and to profit handsomely from these transactions.

---

[3] Plaintiffs do not seek to and nothing herein shall be read as seeking to compel Defendants to label or identify ingredients in their products as synthetic, as artificial or otherwise as not natural.  Rather, Plaintiffs seek to have Defendants remove the false and misleading "Pure Natural" and "All Natural" claims from the labels on its Products containing non-natural, synthetic or artificial ingredients. Such "All Natural" and "Pure Natural" claims are not required under federal cosmetics laws, and accordingly, if used on a label, must be done so in a truthful and accurate manner.

[4] While this is not a personal injury case and no personal injury claim is being asserted, it is noteworthy that Sodium Benzoate and others of the synthetic ingredients in Defendants' so-called "All Natural" or "Pure Natural" Products are potentially harmful.  For example, the combination of Sodium Benzoate and Ascorbic Acid that exists in at least thirty-one (31) of Defendants' Products can lead to the formation of Benzene, a well-known human carcinogen linked to leukemia and other cancers of the blood.  Other examples of the potentially harmful artificial and synthetic chemicals in Defendants' "All Natural" and "Pure Natural" Products includes Propylene Glycol – better known as anti-freeze used in airplane de-icing fluid – which has been linked to kidney and liver disorders, and Coumarin which is used to make many commercial rat poisons.

SECOND AMENDED COMPLAINT for Damages, Equitable, Declaratory and Injunctive Relief;
Case No.: 4:11-cv-06342-PJH

5.      Plaintiffs allege that Defendants' conduct violates the Magnuson Moss Warranty Act, 15 U.S.C. §§2301, *et seq.* (the "MMWA"), gives rise to common law fraud, violates the unlawful, unfair, and fraudulent prongs of the Unfair Competition Law, Cal. Bus. & Prof. Code §§17200, *et seq.* (the "UCL"), violates the False Advertising Law, Cal. Bus. & Prof. Code §§17500, *et seq.* (the "FAL"), and violates the Consumers Legal Remedies Act, Cal. Civ. Code §§1750, *et seq.* (the "CLRA").  Plaintiffs also allege that Defendants' conduct is grounds for restitution on the basis of quasi-contract.

6.      Defendants' conduct alleged herein is false and misleading and violates both California's Sherman Food, Drug, and Cosmetic Law ("Sherman Law), §111730 and other applicable state laws.  Defendants' identical conduct that violates the Sherman Law and other applicable states laws also violates the Federal Food, Drug and Cosmetic Act  ("FDCA") 21 U.S.C. §362(a).  This identical conduct serves as the sole factual basis of each state law cause of action brought by this Second Amended Complaint, and Plaintiffs do not seek to enforce any of the state law claims raised herein to impose any standard of conduct that exceeds that which would violate the FDCA and regulations adopted pursuant thereto.  Thus, Plaintiffs' state law claims are not preempted by the FDCA because Plaintiffs' claims for state law violations seek to enforce the same standard of conduct required by federal law and Plaintiffs' state law claims are based upon Defendants' breach of that standard of conduct.  For any of Plaintiffs' state law causes of action, the allegations supporting those causes of action and any forms of relief sought for those state law causes of action, Plaintiffs expressly disclaim any attempt to hold Defendants to a higher standard of conduct than what is required under federal law, and do not seek any form of relief based on conduct exceeding that which is required under federal law.  All state law causes of action asserted in this Second Amended Complaint, the allegations supporting those state law causes of action asserted herein and any forms of relief sought for those state law causes of action asserted herein shall be read consistent with the limitations set forth in this paragraph.

7.      Defendant Jason Natural Products, Inc. is incorporated in California, and maintains a manufacturing facility and distribution center in Culver City, California 90232-2452 where the Jason

SECOND AMENDED COMPLAINT for Damages, Equitable, Declaratory and Injunctive Relief;
Case No.: 4:11-cv-06342-PJH

brand products are made and distributed nationwide.[5]  Similarly, Defendant The Hain Celestial Group, Inc., which is listed as the manufacturer of the Products, maintains sales, marketing and operations offices in Petaluma, California in Sonoma County.  It is therefore believed and averred that a substantial portion of the misleading labeling and related misconduct at issue in this Second Amended Complaint occurred, was conducted and/or was directed and emanated from California, including, but not limited to: a) the design of the Products' packaging; b) the review, approval and revision of the Products and labeling; c) the selection and integration of ingredients into the Products; d) the distribution of the Products nationwide; and e) the management and supervision of sales operations to Plaintiffs and the Class (as defined herein).

8.    Plaintiffs also seek injunctive and declaratory relief based upon Defendants' conduct asserted in this Second Amended Complaint. As of the date of this Second Amended Complaint, retail stores in California and throughout the United States are selling Defendants' Products labeled as "All Natural" and "Pure Natural," even though they contain synthetic and artificial ingredients. Moreover, even if Defendants elect to remove the "All Natural" and "Pure Natural" representation from the labels, Defendants are not presently enjoined from putting the "All Natural" or "Pure Natural" representations back on its Products' labels at any time they so decide, even if their personal care products still contain unnatural, synthetic, or artificial ingredients. Accordingly, Plaintiffs seek declaratory and injunctive relief to ensure that Defendants remove any and all of the "All Natural" and "Pure Natural" representations from labels on its personal care products available for purchase, and to prevent Defendants from making the "All Natural" or "Pure Natural" representations on their personal care products' labels in the future as long as the products continue to contain synthetic or artificial ingredients.

**PARTIES**

9.    Plaintiff Tamar Davis Larsen is currently a resident of Berkeley, California.  From at least 2004 to the present, Ms. Larsen was domiciled in California, residing in Oakland and then Berkeley, California.  Ms. Larsen is, and throughout the entire class period asserted herein has been,

---

[5] *See* Excerpts of Hain Celestial's Annual Report for 2011, attached hereto as Exhibit 2, pp. 5, 20.

SECOND AMENDED COMPLAINT for Damages, Equitable, Declaratory and Injunctive Relief;
Case No.: 4:11-cv-06342-PJH

1    very concerned about and tries to avoid using personal care products that are not natural, such as

2    skin creams and lotions that contain synthetic or artificial chemical ingredients.  For this reason, Ms.

3    Larsen is willing to and has paid a premium for personal care products that are all natural and has

4    endeavored to refrain from buying equivalent personal care products which are not natural and

5    contain synthetic, artificial, or chemical ingredients.  During the Class Period, Ms. Larsen purchased

6    the following Defendants' Products labeled as "Pure, Natural & Organic" from the Whole Foods

7    near her residence: Lavender Deodorant Stick twice a year, Vanilla Hand & Body Therapy once last

8    year, Plumeria & Sea Kelp Leave-In Conditioning Spray two times in the last two years, and

9    Lavender & Rosemary Curl Defining Shampoo and Lavender & Rosemary Curl Defining

10   Conditioner twice over the last two years.

11           10.     Based on the "Pure Natural" representation on the labels of Defendants' Products that

12   Ms. Larsen saw before her purchases, Ms. Larsen believed that the Products she purchased were

13   made entirely of natural ingredients and relied on this representation in making her purchases.

14   Unbeknownst to Plaintiff Larsen, however, the "Pure Natural" Products she purchased contained

15   synthetic and/or artificial ingredients, including Sodium Benzoate, the combination of Sodium

16   Benzoate and Ascorbic Acid that can lead to the formation of Benzene, and Propylene Glycol –

17   better known as an anti-freeze used in airplane de-icing fluid.  Ms. Larsen not only purchased

18   Defendants' Products because the label stated they were "Pure Natural," but she paid more money

19   for Defendants' Products than she would have for other personal care products that were not entirely

20   natural.  Had Ms. Larsen known that Defendants' Products were not entirely natural, she would not

21   have purchased Defendants' Products but would have purchased another brand of personal care

22   products that was entirely natural or, if one was not available, would have purchased non-natural

23   personal care products that were less expensive than Defendants' Products.  Ms. Larsen did not

24   receive the entirely natural Products she bargained for when she purchased Defendants' "Pure

25   Natural" Products, and has lost money as a result of paying a premium for Defendants' Products.

26           11.     Plaintiff Skye Astiana is currently and since October 11, 2011 has been a resident of

27   Mill Valley, California.  Ms. Astiana was also a resident of San Rafael, California from September

28   3, 2011 to October 10, 2011.   Ms. Astiana is, and throughout the entire class period asserted herein

1    has been, very concerned about and tries to avoid using personal care products that are not natural,

2    such as skin creams and lotions that contain synthetic or artificial chemical ingredients.  For this

3    reason, Ms. Astiana is willing to and has paid a premium for personal care products that are all

4    natural and has endeavored to refrain from buying equivalent personal care products which are not

5    natural and which do contain synthetic, artificial, or chemical ingredients.  Between September 3,

6    2011 and October 10, 2011, Ms. Astiana purchased Defendants' "Pure, Natural & Organic"

7    Lavender Satin Soap For Hands and Face one time, and Defendants' "All Natural" PowerSmile

8    PlusCoQ10 Gel Toothpaste one time, at the Whole Foods in San Rafael, California.

9         12.    Based on the "Pure Natural" and "All Natural" representations on the labels of

10   Defendants' Products that Ms. Astiana saw before her purchases, Ms. Astiana believed that the

11   Products she purchased were made entirely of natural ingredients and relied on this representation in

12   making her purchases.  Unbeknownst to Plaintiff Astiana, however, the "Pure Natural" and "All

13   Natural" Products she purchased contained synthetic and/or artificial ingredients, including Sodium

14   Benzoate.  Ms. Astiana not only purchased Defendants' Products because the label stated they were

15   "Pure Natural" and/or "All Natural," but she paid more money for Defendants' Products than she

16   would have for other personal care products that were not entirely natural.  Had Ms. Astiana known

17   that Defendants' Products were not entirely natural, she would not have purchased Defendants'

18   Products but would have purchased another brand of personal care products that was entirely natural

19   or, if one was not available, would have purchased non-natural personal care products that were less

20   expensive than Defendants' Products.  Ms. Astiana did not receive the entirely natural Products she

21   bargained for when she purchased Defendants' "Pure Natural" and "All Natural" Products, and has

22   lost money as a result of paying a premium for Defendants' Products.

23        13.    Defendant The Hain Celestial Group, Inc. is incorporated in Delaware, has its

24   headquarters at 58 South Service Road, Melville, New York 11747, and maintains offices in Sonoma

25   County.   Hain is one of the country's largest consumer products companies, touting itself as "a

26   leading natural and organic food and personal care products company."[6]   Hain manufactures and

27

28   [6] http://www.hain-celestial.com/

SECOND AMENDED COMPLAINT for Damages, Equitable, Declaratory and Injunctive Relief;
Case No.: 4:11-cv-06342-PJH

sells natural health and beauty products under the Jason Natural[7] brand which it purchased in 2004, and under other brands such as Avalon Organics, Alba Botanica, Zia, Queen Helene and Earth's Best.[8]   Hain maintains sales, marketing and operations offices in Petaluma, California in Sonoma County for its natural and organic products, and is identified as the manufacturer of Jason Natural personal care products that are the subject of this lawsuit, including those purchased by Plaintiffs.[9] Products sold under the Jason Natural brand name are manufactured in Culver City, California. Hain's personal care products accounted for 9% of its consolidated net sales in fiscal year 2011, and Hain is responsible for hiring personnel for Jason Natural such as research and development chemists whose responsibilities include interacting with ingredient suppliers, raw material sourcing, product formulation revisions, regulatory oversight, and maintenance of proper records, all operating out of Jason Natural's California offices.

14.    Defendant Jason Natural Products, Inc. is incorporated in California, and maintains a manufacturing facility and distribution center in Culver City, California 90232-2452 where the Jason brand products are made and distributed nationwide.[10]   Jason Natural manufactures and sells personal care products such as soaps and body washes, hair care products, oral care, toothpaste, deodorants, hand and body lotions, hand sanitizers, sunscreens and lip balm throughout the United States.  Jason Natural is a subsidiary of Defendant The Hain Celestial Group and, along with Hain, Jason Natural is listed as a manufacturer on the labels of the Products that are the subject of this lawsuit, including those purchased by Plaintiffs.

15.    Defendants market, manufacture and distribute a full spectrum of personal care products, including the Products at issue in this lawsuit, from their California facilities and offices. Throughout the class period, Defendants maintained offices, manufacturing facilities, distribution

---

[7] Defendants' Products are referred to as the Jason Natural brand and also as the Jason brand.  As used herein, Plaintiffs shall use those brand names interchangeably.

[8] Only products manufactured by Jason Natural are at issue in this lawsuit.

[9] *See, e.g.*, http://www.hain-celestial.com/careers/detail.php/357/

[10] *See* Excerpts of Hain Celestial's Annual Report for 2011, attached hereto as Exhibit 2, pp. 5, 20.

SECOND AMENDED COMPLAINT for Damages, Equitable, Declaratory and Injunctive Relief;
Case No.: 4:11-cv-06342-PJH

centers and research and development facilities in California, and a substantial portion of its manufacturing, labeling, sales and business operations, including for the Jason Natural personal care products at issue in this lawsuit, occurred and emanated from California.

16.    Consistent with the Jason Natural brand Products' labels that are the false advertisements which are the basis of the claims asserted herein, Jason Natural claims it "has been a leader in the natural personal care category since 1959 by offering a wide range of natural products appropriate for the whole family including skin care, hair care, body care, oral care and deodorants."[11]  The company also promises to "continually strive[] to find the most effective natural ingredients to put into its formulas so each product delivers the results you expect" and "source only the highest quality ingredients and avoid using animal by-products, synthetic colors or fragrance, and harmful chemicals in all [Jason Natural's] products."[12]

## JURISDICTION AND VENUE

17.    Jurisdiction of this Court is proper under 28 U.S.C. §1332(d)(2).  Diversity jurisdiction exists as Representative Plaintiffs Larsen and Astiana are California residents, residing in Alameda and Marin Counties, respectively.  The products at issue were purchased by Plaintiffs in California.  Defendant The Hain Celestial Group, Inc. is incorporated in Delaware, has its headquarters in New York and offices in California.  Defendant Jason Natural Products, Inc. is incorporated and headquartered in California.  The nationwide class ("Class") consists of citizens and residents of states across the country.[13]  The amount in controversy exceeds $5,000,000 for Representative Plaintiffs and Class members collectively, exclusive of interest and costs, by virtue of the combined purchase prices paid by Plaintiffs and the Class, and the profits reaped by Defendants from its transactions with Plaintiffs and the Class, as a direct and proximate result of the wrongful conduct alleged herein, and by virtue of the injunctive and equitable relief sought.

---

[11] http://www.jason-natural.com/home.php, attached hereto as Exhibit 3.

[12] *Id.*

[13]  If a national class is not certified for any claim, Plaintiffs reserve the right, in the alternative, to seek class certification of a California or multi-state class against Defendants for those counts for which a nationwide Class has been asserted.

SECOND AMENDED COMPLAINT for Damages, Equitable, Declaratory and Injunctive Relief;
Case No.: 4:11-cv-06342-PJH

18.     Venue is proper within this judicial district pursuant to 28 U.S.C. §1391 because a substantial portion of the underlying transactions and events complained of herein occurred and affected persons and entities are in this judicial district, and Defendants have received substantial compensation from such transactions and business activity in this judicial district, including as the result of purchases of the Defendants' "Pure Natural" and "All Natural" Products from retail locations herein.  Further, Defendants inhabit and/or may be found in this judicial district and the interstate trade and commerce described herein is and has been carried out in part within this judicial district.

## BACKGROUND

19.     Webster's New World Dictionary defines "natural" as "produced or existing in nature; not artificial or manufactured."[14]  "All" is defined as "the whole extent or quantity of," (*Id.*, "all," definition no. 1 at p. 36) and "Pure" is defined as "free from anything that taints, impairs, infects, etc.; clear."  *Id.*, "pure," definition 1.b at p. 1153.  Thus, the combined use of "All Natural" on the labels of Defendants' Products indicates to the average reasonable person that "the whole extent or quantity of" the ingredients contained in the personal care products are "produced or existing in nature; not artificial or manufactured."  Similarly, the combined use of "Pure Natural" on the labels of Defendants' Products indicates to the average reasonable person that the Products are "free from anything that taints, impairs [or] infects" the ingredients contained in the personal care products which are "produced or existing in nature, not artificial or manufactured."

20.     Defendants made a more egregious and encompassing representation by labeling the Products as "Pure Natural" and "All Natural" as opposed to simply saying they were "natural."  No federal statutes, federal regulations or federal policies have specifically addressed the broader representation made by labeling a product as "all natural" or "pure natural," and the only federal policy to address "all natural" labeling is for meat and poultry products which requires disclosure of any synthetic or artificial ingredients so as to indicate they are not natural.

---

[14] *Webster's New World Dictionary of the American Language*, 2nd College Ed. (Simon & Schuster, 1984), "natural," definition no. 2 at p.947.

SECOND AMENDED COMPLAINT for Damages, Equitable, Declaratory and Injunctive Relief;
Case No.: 4:11-cv-06342-PJH

21.    Likewise, there is no federal statute defining the use of the term "natural" on cosmetics.  The United States Food and Drug Administration ("FDA") – which has responsibility for regulating the labeling of cosmetics such as the products at issue in this case – has not promulgated regulations defining the term "natural."  Nor does the FDA have any policy regarding the use of the term "natural" on cosmetics.  However, the FDA has established a policy regarding use of the term "natural" on food products by clarifying that a product is ***not*** natural if it contains color, artificial flavors,                        or                        synthetic                        substances. http://www.fda.gov/ForConsumers/ConsumerUpdates/ucm094536.htm[15]                        and http://www.fda.gov/AboutFDA/Transparency/Basics/ucm214868.htm.[16]    Specifically, the FDA states: "the agency will maintain its policy (Ref. 32) regarding the use of 'natural,' as meaning that nothing artificial or synthetic (including all color additives regardless of source) has been included in, or has been added to, a food that would not normally be expected to be in the food."  58 Fed. Reg. 2302, 2407 (Jan. 6, 2003).  Although this definition is not a regulation, it is the "most definitive statement of the agency's view."[17]

22.    Similar to the FDA, the United States Department of Agriculture ("USDA"), which regulates the labeling of meat and poultry, has also set limits on the use of the term "natural" stating that the term "natural" may be used on labeling of meat and poultry products so long as "(1) the product does not contain any artificial flavor or flavorings, color ingredient, or chemical preservative … or any other artificial or synthetic ingredient, and (2) the product and its ingredients are not more than minimally processed."[18]

---

[15] Attached hereto as Exhibit 4.

[16] Attached hereto as Exhibit 5.

[17] *See* letter from Michael M. Landa, Acting Director, Center for Food Safety and Applied Nutrition to Judge Jerome B. Simandle dated September 16, 2010, filed in *Ries et al., v. Hornell Brewing Co., Inc.*, Case No. 10-1139 (N.D. Cal.), Docket No. 54, attached hereto as Exhibit 6.

[18] *See* the United States Department of Agriculture Food Standards and Labeling Policy book available at http://www.fsis.usda.gov/OPPDE/larc/Policies/Labeling_Policy_Book_082005.pdf (last visited March 19, 2012), excerpts also attached hereto as Exhibit 7 at p. 5.

SECOND AMENDED COMPLAINT for Damages, Equitable, Declaratory and Injunctive Relief;
Case No.: 4:11-cv-06342-PJH

23.    According to the USDA, "[m]inimal processing may include: (a) those traditional processes used to make food edible or to preserve it or to make it safe for human consumption, e.g., smoking, roasting, freezing, drying, and fermenting, or (b) those physical processes which do not fundamentally alter the raw product and/or which only separate a whole, intact food into component parts, e.g., grinding meat, separating eggs into albumen and yolk, and pressing fruits to produce juices."[19] However, "[r]elatively severe processes, e.g., solvent extraction, acid hydrolysis, and chemical bleaching would clearly be considered more than minimal processing."[20]

24.    Under the USDA's guidelines, if a product is severely processed, the product can be labeled "All Natural" only if the ingredient would not significantly change the character of the product to the point that it could no longer be considered a natural product.  However, even in that case, **"the natural claim must be qualified to clearly and conspicuously identify the ingredient, e.g., all natural or all natural ingredients except dextrose, modified food starch, etc."**[21] (emphasis added).

25.    The terms "synthetic" and "artificial" closely resemble each other and in common parlances are taken as synonymous.  The scientific community defines "artificial" as something not found in nature, whereas a "synthetic" is defined as something man-made, whether it merely mimics nature or is not found in nature.[22]  In the scientific community, "synthetic" includes substances that are also "artificial," but a synthetic substance also can be artificial or non-artificial.[23]  However, the common understanding of "artificial" resembles the scientific community's definition of "synthetic."  Indeed, Webster's New World Dictionary defines "artificial" as "anything made by human work, especially if in intimation of something natural," whereas "synthetic" is defined as "a substance that

---

[19] *Id.*

[20] *Id.*

[21] *Id.*

[22] Peter E. Nielsen, *Natural-synthetic-artificial!*, Artificial DNA: PNA & XNA, Volume 1, Issue 1 (July/August/September 2010), available at http://www.ncbi.nlm.nih.gov/pmc/articles/PMC3109441/ and attached hereto as Exhibit 8.

[23] *Id.*

SECOND AMENDED COMPLAINT for Damages, Equitable, Declaratory and Injunctive Relief;
Case No.: 4:11-cv-06342-PJH

is produced by chemical synthesis and is used as a substitute for a natural substance which it resembles."[24]

26.    Congress, as part its law related to the identification of products as being "Organic," has defined "synthetic" to mean "a substance that is formulated or manufactured by a chemical process or by a process that chemically changes a substance extracted from naturally occurring plant, animal, or mineral sources, except that such term shall not apply to substances created by naturally occurring biological processes."  7 U.S.C. §6502(21).  *See also* 7 C.F.R. §205.2 (defining, in USDA's National Organic Program regulations, a "nonsynthetic" as "a substance that is derived from mineral, plant, or animal matter and does not undergo a synthetic process as defined in section 6502(21) of the Act (7 U.S.C. §6502(21)").

**DEFENDANTS MARKET THEIR PERSONAL CARE PRODUCTS
TO CAPITALIZE ON A CONSUMER TREND TOWARDS NATURAL PRODUCTS**

27.    According to an article in *The Economist*, "natural" products are a fast growing market because of the power of "mother nature" in the hands of marketers, which conjures up images of heart-warming wholesomeness and rustic simplicity, and a chief selling point is that no man-made chemicals are used in the production process.[25]  As a result, consumers are willing to pay a higher price for "natural" products.

28.    Market research confirms that there has been an upward global trend towards the purchase of natural products including cosmetics.  According to the Natural Products Association, the world's largest and oldest non-profit organization dedicated to the natural products industry, more than $100 billion in natural products are sold in the United States each year.[26]  Even through one of the worst global recessions in the modern era, sales of "natural" personal care products have

---

[24]  Webster's New World Dictionary of the American Language, 2nd College Ed. (Simon & Schuster, 1984), "artificial," definition SYN at p.79.

[25]  *Chemical Blessings: What Rousseau got Wrong*, The Economist, (February 4, 2008) available at: http://www.economist.com/node/10633398 and attached hereto as Exhibit 9.

[26]  http://community.supplysideshow.com/blog_page.php?BlogIcode=272 attached hereto as Exhibit 11.

SECOND AMENDED COMPLAINT for Damages, Equitable, Declaratory and Injunctive Relief;
Case No.: 4:11-cv-06342-PJH

1    continued to grow both globally and in the United States, and use of the term "natural" is a more

2    popular marketing tool than ever.[27]  Not only have sales of natural cosmetics increased yearly over

3    the last 5 years, but an international market research company, Kline Group, expects that the sale of

4    natural cosmetics in the United States alone will reach $5.8 billion in the next 5 years.[28]  Given the

5    increased demand for "natural" products, it is not surprising that promoting a product as "natural"

6    has become one of the most popular sales trends in recent history for any industry, and has helped

7    drive the growth of a previously stagnant cosmetics market.[29]

8        29.    Given consumer and retailer preferences towards natural products, and the national

9    and global trend towards marketing personal care products as natural, Defendant Hain has focused

10   its business primarily on the sale of natural and organic products, including its Jason Natural line, in

11   stores geared to consumers of natural personal care products.[30]  Accordingly, Defendants' claim that

12   their Products were "All Natural" or "Pure Natural" has been the central theme to the Jason Natural

13   brand identity throughout the Class Period.

14       30.    During the Class Period, Defendants used three types of labels for their Products

15   using one or both of two phrases, "Pure Natural" or "All Natural," to communicate the consistent

16   message to consumers that their Products were entirely natural.  In other words, by using the phrases

17   "Pure Natural" or "All Natural," each of the labels at issue made materially the same claim – that the

18   personal care product was entirely natural and contained only natural ingredients and nothing

19   artificial or synthetic.

20       31.    For example, the front of the packaging of the majority of Defendants' Products sold

21   under the Jason Natural brand during the Class Period touted the products as being "Pure, Natural &

22

23

24   [27] *Id.*

25   [28] http://www.organic-market.info/web/Fairs_+_Conferences/BioFach_-
26   _Vivaness/cosmetics/214/215/0/8309.html attached hereto as Exhibit 12.

27   [29] http://www.franchiseek.com/Market_Trends_Cosmetics.htm attached hereto as Exhibit 13.

28   [30] *See* Exhibit 2, Excerpts of Hain Celestial's Annual Report 2011 at pp. 6-8.

SECOND AMENDED COMPLAINT for Damages, Equitable, Declaratory and Injunctive Relief;
Case No.: 4:11-cv-06342-PJH

1    Organic."[31]   The Jason Natural Cranberry Satin Shower Body Wash purchased during the Class

2    period contains at least five synthetic or artificial ingredients, including Sodium Benzoate, came in a

3    container that contained the following label indicating that the product was "Pure Natural":



19   Others of Defendants' Products bearing the materially same "Pure, Natural & Organic" labels that

20   contain synthetic or artificial ingredients have been identified in paragraph 73 below.

21          32.     The second type of label Defendants used during the Class Period incorporated the

22   "Pure Natural" statement into the name of the Products, reinforcing the idea that the personal care

23   product was entirely natural.  For example, the Jason Natural C Effects Pure Natural C-Lite Skin

24   Tone Balancer, which contains no less than sixteen (16) artificial or synthetic ingredients including

25   Sodium Benzoate and Coumarin (i.e., rat poison), has the following label:

26

27   _____

28   [31]  For the majority of the Class Period, Defendants labeled the personal care Products as not only
being "Pure Natural" or "All Natural," but also as being "Organic" as described above.

SECOND AMENDED COMPLAINT for Damages, Equitable, Declaratory and Injunctive Relief;
Case No.: 4:11-cv-06342-PJH

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15



16  Others of Defendants' Products bearing the materially same labels incorporating the "Pure Natural"

17  statement into the name of the product that contains synthetic or artificial ingredients have been

18  identified in paragraph 74 below.

19      33.     Moreover, Defendants have also prominently represented on the third type of labeling

20  of Products at issue in this lawsuit that some of their Products are "All Natural" reinforcing the idea

21  that the personal care product was entirely natural despite containing synthetic and/or artificial

22  ingredients.  The Jason Natural Powersmile All-Natural Whitening Toothpaste prominently labeled

23  as being "All-Natural" that is shown below also contains a synthetic ingredient:

24
25
26
27
28



SECOND AMENDED COMPLAINT for Damages, Equitable, Declaratory and Injunctive Relief;
Case No.: 4:11-cv-06342-PJH

Others of Defendants' Products bearing the materially same "All Natural" labels that contain synthetic or artificial ingredients have been identified in paragraph 75 below.

34.    Consistent with these Jason Natural brand Product labels that are the false advertisements which are the basis of the claims asserted herein, Defendants during the Class Period also extolled the entirely natural aspect of their Products on Jason's website (www.jason-natural.com).  For example, from the beginning of the Class Period through at least early 2011, Jason Natural's website included the following description about Jason Natural's products:[32]

> At JASON, we believe that it is equally important to pay attention to what you put on your body as well as what you put in your body.  Since 1959, JASON Natural Products has been the leading purveyor of pure and natural products for skin, body, hair and oral health for the whole family, **giving consumers effective, environmentally-friendly alternatives to mass-produced, synthetic chemical products.**

(emphasis added).[33]  Today, Defendants continue to tout the Jason Natural Products as being natural by promising to "continually strive[] to find the most effective natural ingredients to put into its formulas so each product delivers the results you expect. We source only the highest quality ingredients and **avoid using animal by-products, synthetic colors or fragrance, and harmful chemicals in all our products**."[34] (Emphasis added).

35.    Defendants' "All Natural" and "Pure Natural" marketing has paid off.  As a result of its natural-focused directed advertising, Hain reported sales of over $119 million for its personal care products in 2009, over $92 million in 2010, and over $105 million in 2011.[35]

36.    Yet, Defendants' "natural" marketing strategy which led to the millions of dollars of sales of the Products complained about herein was false and deceptive as Defendants' Products

---

[32]   http://web.archive.org/web/20110105123224/http://www.jason-natural.com/home.php   attached hereto as Exhibit 14.

[33]  While Defendants' used the Jason Product's website as well as other advertising channels to tout their Products as being "Pure Natural," the false advertisements at issue in this lawsuit are Defendants' labels on the Products purchased by Plaintiffs and the Class, and not on any separate television, radio, print, internet or other media advertising apart from the Products' labels.

[34]  http://www.jason-natural.com/home.php attached hereto as Exhibit 3.

[35]  *See* Excerpts of Hain Celestial's Annual Report for 2011, attached hereto as Exhibit 2, p. 71.

SECOND AMENDED COMPLAINT for Damages, Equitable, Declaratory and Injunctive Relief;
Case No.: 4:11-cv-06342-PJH

labeled as being "Pure Natural" and "All Natural" contained the synthetic or artificial ingredients identified in the next section.[36]

## DEFENDANTS' SYNTHETIC AND ARTIFICIAL INGREDIENTS

37.    **Alpha-isomethyl Ionone**.    Alpha-isomethyl Ionone is a recognized synthetic flavoring additive in food by federal regulation (21 C.F.R. §172.515) that is sometimes added to personal care products for its fragrance.  Alpha-isomethyl Ionone is often added to personal care products such as aftershave, bubble bath, and moisturizers for its aroma, but due to its irritating effect on the skin and ability to trigger allergic reactions, it has been banned as an ingredient in "fragrance" products (i.e., perfume and cologne).[37]  Alpha-isomethyl Ionone has been added to three (3) of Defendants' Products labeled as being "Pure Natural" or "All Natural"  identified in paragraphs 73-75 below.

38.    **Amyl Cinnamal**.    Amyl Cinnamal (a/k/a alpha-amyl cinnamic aldehyde) is a synthetic chemical that smells like jasmine and is used in personal care products such as bubble baths, body and hand lotions and shampoos for its scent.  Amyl Cinnamal in multiple forms are recognized to be synthetic by federal regulation (21 C.F.R. §172.515)[38] and has been added to seven (7) of Defendants' Products labeled as being "Pure Natural" or "All Natural" identified in paragraphs 73-75 below.

39.    **Ascorbic Acid**.  Ascorbic acid is a form of vitamin C used in cosmetics to slow the deterioration of the product caused by exposure to air and to control the pH of the product, recognized as a synthetic ingredient by federal regulation.  7 C.F.R. §205.605(b).  Unlike natural vitamin C which is a complex of several components, synthetic Ascorbic Acid is a single molecule

---

[36] In the event discovery in this action reveals that additional synthetic or artificial ingredients are used in Defendants' Products, or that additional personal care products made by Defendants labeled "All Natural" or "Pure Natural" contain synthetic or artificial ingredients, Plaintiffs reserve the right to amend this Second Amended Complaint based on such discovery.

[37] http://truthinaging.com/ingredients/alpha-isomethyl-ionone.

[38] The forms of Amyl Cinnamal recognized to be synthetic chemicals includes α-Amylcinnamaldehyde, α-Amylcinnamaldehyde dimethyl acetal, α-Amylcinnamyl acetate, α-Amylcinnamyl alcohol, α-Amylcinnamyl formate, and α-Amylcinnamyl isovalerate.

SECOND AMENDED COMPLAINT for Damages, Equitable, Declaratory and Injunctive Relief;
Case No.: 4:11-cv-06342-PJH

1   generally produced from corn or wheat starch being converted to glucose, then to sorbitol and then

2   to Ascorbic Acid through a series of chemical processes and purification steps.[39]   Ascorbic Acid has

3   been added to thirty-nine (39) of Defendants' Products labeled as being "Pure Natural" or "All

4   Natural" identified in paragraphs 73-75 below.

5        40.   **Benzyl Alcohol**.  Benzyl Alcohol is an organic alcohol prepared by the hydrolysis of

6   benzyl chloride and sodium hydroxide, and is recognized by federal regulations to be a synthetic

7   chemical.  21 C.F.R. §172.515.  Benzyl Alcohol is used in cosmetic products as an analgesic,

8   fragrance, preservative, and as a solvent, and has been added to eighty-eight (88) of Defendants'

9   Products labeled as being "Pure Natural" or "All Natural" identified in paragraphs 73-75 below.

10       41.   **Benzyl Benzoate**.  Benzyl Benzoate is a synthetic chemical used as a flavorant in

11   foods, and to provide an aromatic odor in cosmetics.   It is used in personal care products such as

12   cleansing products, lipsticks, moisturizers, perfumes and colognes for its scent.  Benzyl Benzoate is

13   recognized to be synthetic by federal regulation (21 C.F.R. §172.515) and has been added to

14   nineteen (19) of Defendants' Products labeled as being "Pure Natural" or "All Natural" identified in

15   paragraphs 73-75 below.

16       42.   **Benzyl Salicylate**.  Benzyl Salicylate is a synthetic fragrance used in personal care

17   products such as bath products, cleansing products, hair care products, makeup and moisturizers for

18   both its scent and as an ultraviolet light absorber.   It is recognized to be a synthetic chemical by

19   federal regulation (21 C.F.R. §172.515) and has been added to thirteen (13) of Defendants' Products

20   labeled as being "Pure Natural" or "All Natural" identified in paragraphs 73-75 below.

21       43.   **Cetearyl Alcohol.**   Cetearyl Alcohol (a/k/a cetostearyl alcohol or cetylstearyl

22   alcohol) is a mixture of fatty alcohols consisting of cetyl and stearyl alcohols both classified as a

23   synthetic fatty acid by federal regulation manufactured by the processing of organo-aluminums.  21

24   C.F.R. §172.864.  It is used in personal care products as an emulsifier and foam boosting surfactant

25   and has been added to thirty-five (35) of Defendants' Products labeled as being "Pure Natural" or

26   "All Natural" identified in paragraphs 73-75 below.

---

28   [39] http://www.quali-c.com/dn_vitamin-C-production-ascorbic-acid/.

SECOND AMENDED COMPLAINT for Damages, Equitable, Declaratory and Injunctive Relief;
Case No.: 4:11-cv-06342-PJH

44.   **Cetyl Alcohol.**  Cetyl Alcohol is a fatty alcohol prepared from heating specific fats or oils in the presence of a strong basic chemical, and classified as a synthetic fatty acid by federal regulation.  21 C.F.R. §172.864.  It is used in personal care products to keep an emulsion from separating into its oil and liquid components, and is sometimes found in personal care products to control the thickness of a liquid, and to increase foaming capacity or to stabilize foams. Cetyl Alcohol has been added to forty-five (45) of Defendants' Products labeled as being "Pure Natural" or "All Natural" identified in paragraphs 73-75 below.

45.   **Cinnamyl Alcohol**.  Cinnamyl Alcohol is a flavoring that adds the taste and smell of cinnamon to a product, and is classified as a synthetic by federal regulation.. 21 C.F.R. §172.515.  It is sometimes used in personal care products such as bath products, body and hand lotions and perfumes for its fragrance and has been added to three (3) of Defendants' Products labeled as being "Pure Natural" or "All Natural" identified in paragraphs 73-75 below.

46.   **Citral**.  Citral is a flavoring used to fortify lemon oil in foods.  It is recognized to be a synthetic chemical by federal regulation (21 C.F.R. §182.60) and it is used in cosmetic products to provide a lemon aroma.  Citral has been added to nine (9) of Defendants' Products labeled as being "Pure Natural" or "All Natural" identified in paragraphs 73-75 below.

47.   **Citronellol**.  Citronellol is a synthetic chemical used as a flavorant in foods and to provide a floral scent similar to a rose in personal care products.   It is sometimes used in personal care products such as aftershave lotions, skin care products, cleansing products, hair care products, moisturizers, perfumes and lipsticks.  Citronellol is recognized to be synthetic by federal regulation (21 C.F.R. §172.515) and has been added to nine (9) of Defendants' Products labeled as being "Pure Natural" or "All Natural" identified in paragraphs 73-75 below.

48.   **Coumarin**.  Coumarin is the chemical 1,2-benzopyrone that is made synthetically. 21 C.F.R. §189.130.  Coumarin acts as a blood thinner, and, because it has been linked to kidney and liver problems, is prohibited from use in food.  *Id*.  It is also a well-known and often used rat poison that has a sweet, vanilla nutty scent.  Coumarin has been added to six (6) of Defendants' Products labeled as being "Pure Natural" or "All Natural" identified in paragraphs 73-75 below.

49.    **Geraniol**.  Geraniol is a synthetic chemical used in both food and cosmetic products.  In food, Geraniol is used as a flavorant to enhance fruit flavors such as peach, raspberry, grapefruit and blueberry.  In cosmetics, it is often added to perfumes and used for its aroma which is similar to rose.  Geraniol is recognized to be a synthetic chemical by federal regulation (21 C.F.R. §182.60) that has been added to nine (9) of Defendants' Products labeled as being "Pure Natural" or "All Natural" identified in paragraphs 73-75 below.

50.    **Glycerine**.  Glycerine (a/k/a Glycerin or Glycerol) is a synthetic alcohol that rarely exists in its free form in nature.  It is commonly used in cosmetics as a humectant to add moisturizing properties.  Glycerine is commonly manufactured for commercial use through the hydrolysis of fats and oils during the manufacturing of soap products, or synthesized from the hydrogenolysis of carbohydrates or from petrochemicals.  Glycerine could, alternatively, be produced through a fermentation process using yeast; however, due to the resulting low yields and presence of byproducts formed through the fermentation process, commercial manufacturers use the synthetic processes above to produce Glycerine rather than the more natural fermentation method.  Commercial glycerine that is manufactured by either of the two commonly used methods is a recognized synthetic product pursuant to federal regulations.  21 C.F.R. §172.866; 7 C.F.R. §205.605(b); 7 C.F.R. §205.603; 21 C.F.R. §178.3500.  It is believed, and therefore averred, that the Glycerine in Defendants' Products is synthesized using one or both of the two commonly used manufactured methods – hydrolysis of fats and oils or hydrogenolysis of carbohydrates or propylene – and not derived naturally.[40]    Glycerine has been added to one hundred fifty-four (154) of Defendants' Products labeled as being "Pure Natural" or "All Natural" identified in paragraphs 73-75 below.

51.    **Hydroxycitronellal**.  Hydroxycitronellal is a synthetically created scent ingredient possessing a fragrant, fruity floral odor resembling the lily-of-the-valley.  It is a recognized synthetic chemical by federal regulation that is also sometimes used as a flavoring in food.  *See* 21 C.F.R.

---

[40] Many of Defendants' products that lists Glycerine as an ingredient identifies it as vegetable Glycerine which would be one of the two types of synthetic Glycerine.

SECOND AMENDED COMPLAINT for Damages, Equitable, Declaratory and Injunctive Relief;
Case No.: 4:11-cv-06342-PJH

§172.515. Hydroxycitronellal has been added to twelve (12) of Defendants' Products labeled as being "Pure Natural" or "All Natural" identified in paragraphs 73-75 below.

52.    **Polysorbate 20**.  Polysorbate 20 is one of a group of emulsifiers used in foods, drugs and cosmetics.  In cosmetics, polysorbates are used to solubilize essential oils into products with a water base.  Polysorbate 20 is a recognized synthetic chemical by federal regulation (21 C.F.R. §172.515) that has been added to sixteen (16) of Defendants' Products labeled as being "Pure Natural" or "All Natural" identified in paragraphs 73-75 below.

53.    **Polysorbate 60**.  Polysorbate 60 is one of a group of emulsifiers used in foods, drugs and cosmetics.   Like Polysorbate 20, Polysorbate 60 is used in cosmetics to solubilize essential oils into products with a water base.  Polysorbate 60 is a recognized synthetic chemical by federal regulation (21 C.F.R. §172.515) manufactured by reacting stearic acid with sorbital.  21 C.F.R. §172.836.  It has been added to eighteen (18) of Defendants' Products labeled as being "Pure Natural" or "All Natural" identified in paragraphs 73-75 below.

54.    **Potassium Hydroxide**.  Potassium Hydroxide is an inorganic compound commonly called caustic potash.  21 C.F.R. §184.1631.  Potassium Hydroxide is commonly used in liquid soaps, or as a chemical precursor in manufacturing potassium carbonate, fertilizers, agrochemicals, alkaline batteries and dyes.  Potassium Hydroxide is recognized to be a synthetic chemical by Federal regulation (7 C.F.R. §205.605(b)) and is found in many different types of products sold by Defendants.  In cosmetics, Potassium Hydroxide is often used to control the pH of the product, or as an absorbant and has been added to forty (40) of Defendants' Products labeled as being "Pure Natural" or "All Natural" identified in paragraphs 73-75 below.

55.    **Propylene Glycol**.  Propylene Glycol, known as 1,2-propanediol, is a petroleum derivative that "does not occur in nature."  21 C.F.R. §184.1666.  It is manufactured by treating propylene with chlorinated water to form the chlorohydrin which is converted to the glycol by treatment with sodium carbonate solution, or by heating glyercol with sodium hydroxide.  It is used commercially for many purposes, such as antifreeze, as an oil dispersant, as a lubricant, and to de-ice aircrafts.  Propylene Glycol has been added to seven (7) of Defendants' Products labeled as being

SECOND AMENDED COMPLAINT for Damages, Equitable, Declaratory and Injunctive Relief;
Case No.: 4:11-cv-06342-PJH

"Pure Natural" or "All Natural" identified in paragraphs 73-75 below despite being linked to kidney and liver disorders, and is used by Defendants as a main ingredient in some of its deodorant sticks.

56.    **Pyrodoxine HCl**.  Pyrodoxine Hydrochloride (a/k/a pyridoxine HCl) is an artificial form of vitamin B 6 that is "prepared by chemical synthesis" according to federal regulation.  21 C.F.R. §184.1676.  In cosmetic products, it is formulated into bath products, soaps, detergents, skin and hair care products in an effort to reverse dry or cracked skin that can result from vitamin B deficiency.  Pyrodoxine Hydrochloride has been added to one (1) of Defendants' Products labeled as being "All Natural" identified in paragraph 75 below.

57.    **Sodium Benzoate.**  Sodium Benzoate is the sodium salt of benzoic acid, widely used as a preservative to prevent bacterial and fungal growth.  According to federal regulation, Sodium Benzoate "is not found to occur naturally."  21 C.F.R. §184.1733.  Indeed, the FDA recently stated that the use of sodium benzoate in a product labeled as "natural" renders the use of the term "natural" false and misleading.[41]  While Sodium Benzoate is sometimes used in cosmetics as a preservative and corrosion inhibitor, according to the FDA when it is combined with Ascorbic Acid – another synthetic ingredient added to some of Defendants' "Pure Natural" or "All Natural" Products – and exposed to heat and light, the Sodium Benzoate can be converted to benzene, a known human carcinogen linked to leukemia and other cancers of the blood.[42]  Sodium Benzoate has been added to one hundred fifty-one (151) of Defendants' Products labeled as being "Pure Natural" or "All Natural" identified in paragraphs 73-75 below, and thirty-one (31) of Defendants' Products, including various body lotions, creams and make-up remover that is applied to bare skin and worn outside, contain both Sodium Benzoate and Ascorbic Acid creating the risk of benzene exposure to the person wearing the cream or lotion.

---

[41] *See* March 11, 2011 FDA Warning Letter to Shemshad Food Products, Inc., at http://www.fda.gov/ICECI/EnforcementActions/WarningLetters/ucm247908.htm    and    attached hereto as Exhibit 15.

[42] *See* http://www.fda.gov/Food/FoodSafety/FoodContaminantsAdulteration/ChemicalContaminants/Benzene/ucm055131.htm attached hereto as Exhibit 16.

SECOND AMENDED COMPLAINT for Damages, Equitable, Declaratory and Injunctive Relief;
Case No.: 4:11-cv-06342-PJH

58.    **Stearyl Alcohol.**  Stearyl Alcohol is a fatty alcohol prepared from stearic acid.  It is used in personal care products to form emulsions or as a lubricant.  Stearyl Alcohol is identified as a synthetic fatty acid by federal regulation manufactured by the processing of organo-aluminums.  21 C.F.R. §172.864.  Stearyl Alcohol has been added to forty-four (44) of Defendants' Products labeled as being "Pure Natural" or "All Natural" identified in paragraphs 73-75 below.

59.    **Tocopherols**.  Tocopherols are a class of chemical compounds, many of which having vitamin E properties. Natural vitamin E is a complex of several components needed by the body for a variety of reasons, and it functions best when in the proper ratio of components. Tocopherols are recognized synthetic versions of components of the vitamin E complex (7 C.F.R. §205.605(b)) that are less expensive than natural vitamin E and more stable as a supplement.[43] Defendants add both Tocopherols generally in some of its products, but also specific synthetic Tocopherols such as Tocopherol Acetate, Tocopheryl Acetate, and Tocopheryl Nicotinate. Tocopherols are used in personal care products to add an antioxidant property to the cosmetic and have been added to one hundred thirty-five (135) of Defendants' Products labeled as being "Pure Natural" or "All Natural" identified in paragraphs 73-75 below.

60.    **Vanillin**.  Vanillin is an artificial flavoring that mimics the flavor of vanilla.  It is identified as a "synthetic flavoring substance" by federal regulation (21 C.F.R. §182.60) that is often used instead of natural vanilla extract in foods, beverages, and pharmaceuticals.  While rarely found in cosmetics, Defendants have added Vanillin to Jason Natural's Kids Only! Tropical Twist Batch Gel, "All Natural" Kids Only! Daily Clean Shampoo, and Kids Only! Tropical Twist Foam Soap.  In addition to artificial vanilla flavoring, all three of these "Kids Only!" products contain Sodium Benzoate described in paragraph 57 above and are labeled as being "Pure Natural" or "All Natural".

61.    **Xanthan Gum**.  Xanthan Gum is a polysaccharide derived from the *Xanthomonas campesris* bacterium.  Xanthan Gum is listed as a synthetic ingredient by federal regulation and is sometimes used in cosmetics and soaps as a binder, an emusion stabilizer, as a skin conditioner, or as

---

[43] Although some Tocopherols can be derived from vegetable oils, upon information and belief the Tocopherols in Defendants' Products are synthetic versions and not naturally extracted Vitamin E.

SECOND AMENDED COMPLAINT for Damages, Equitable, Declaratory and Injunctive Relief;
Case No.: 4:11-cv-06342-PJH

1    a surfacant.  7 C.F.R. §205.605(b).  Xanthan Gum has been added to thirty-two (32) of Defendants'

2    Products labeled as being "Pure Natural" or "All Natural" identified in paragraphs 73-75 below.

3            62.     As explained in the next section of this Second Amended Complaint, Defendants'

4    "Pure Natural" and "All Natural" Products have, throughout the Class Period, used one or more of

5    the aforementioned synthetic and/or artificial ingredients, but its labeling never disclosed they were

6    synthetic or artificial ingredients despite the "Pure Natural" and "All Natural" representation on the

7    Products' labels.

8                    **DEFENDANTS KNOWINGLY USED ARTIFICIAL AND SYNTHETIC**
                    **INGREDIENTS IN THEIR PRODUCTS ADVERTISED AS**
9                      **"ALL NATURAL" AND "PURE NATURAL"**

10           63.     NSF International ("NSF") is a non-profit organization based in Ann Arbor, Michigan

11   that provides voluntary standards development, product certification, auditing, education and risk

12   management for public health and the environment.   The NSF website states: "Manufacturers,

13   regulators and consumers alike look to NSF International for the development of public health

14   standards and certification that help protect the world's food, water, health and consumer

15   products."[44]

16           64.     Penny Sue Rose, Jason Natural's Senior Manager for Purchasing, participates in the

17   NSF's Joint Committee on Organic Personal Care ("Joint Committee").  On September 20, 2010,

18   Ms. Rose sent the following email to over forty chemical suppliers on the Joint Committee with the

19   subject heading "Natural Sodium Benzoate (non-petrochemical)":

20
                Dear Suppliers,
21
                I am casting a very wide net and many who are addressed here may be
22              wide of the mark –however – we are urgently seeking purveyors of non-
                petrochemical, natural plant-derived sodium benzoate.  Please reply if you
23              carry this material or if you can refer us to a source.

24              Thank you –

25              psr[45]

26   _____

27   [44] *See* http://www.nsf.org/business/about_NSF/ attached hereto as Exhibit 17.

28   [45] Ms' Rose's email was obtained from the NSF website at
     http://standards.nsf.org/apps/group_public/download.php?document_id=9771 and is attached hereto
     as Exhibit 18.

SECOND AMENDED COMPLAINT for Damages, Equitable, Declaratory and Injunctive Relief;
Case No.: 4:11-cv-06342-PJH

65.     Several suppliers responded to Ms. Rose's email, or a similar email, and informed Ms. Rose that Sodium Benzoate cannot be currently commercially manufactured from a natural source.  Specifically, representatives from several chemical suppliers told Ms. Rose, and thereby told Defendants, the following:

> "Cognis does not have a natural source for Sodium Benzoate.  I am being told by my regulatory group that all commercially available Sodium Benzoate is derived from petroleum sources . . ."   -- Molly Bishop White, Cognis Corporation.[46]

> "Sorry we only have synthetic.  We don't think a natural source is available anywhere."
> -- Cathy Bloom, DNP International.[47]

> "Sodium Benzoate may be a tough nut to crack as natural.  It basically consists of two things, benzoic acid reacted with sodium hydroxide . . . Benzoic acid does sometime come from natural sources but is produced commercially by partial oxidation with oxygen.  Toulene occurs naturally at low levels in crude oil and is usually produced in the processes of making gasoline.   The process uses cheap raw materials, proceeds in high yield, and is considered environmentally green.   But obviously petrochemical . . ." -- Jason Heisher, Classic Distributing Co.[48]

> "Hi Penny – Our product manager for Sodium Benzoate is not aware that any such items exists." -- Sarah, American International Chemical.[49]

> "I checked with my lab, and we do not carry a natural sodium benzoate. Both of our materials are synthetically derived."   -- Michael Kaing, Ashland.[50]

66.     After Defendants were informed that the Sodium Benzoate in 151 of their Products labeled as being "All Natural" and "Pure Natural" was a non-natural substance and could not be obtained from natural sources, on September 21, 2010, Vera Komras, a Regulatory Specialist at Defendant Hain submitted a "Joint Committee Issue Document" to NSF asking for "temporary

---

[46] Exhibit 19 obtained from the NSF website.

[47] Exhibit 20 obtained from the NSF website.

[48] Exhibit 21 obtained from the NSF website.

[49] Exhibit 22 obtained from the NSF website.

[50] Exhibit 23 obtained from the NSF website.

SECOND AMENDED COMPLAINT for Damages, Equitable, Declaratory and Injunctive Relief;
Case No.: 4:11-cv-06342-PJH

1  permission of using Sodium Benzoate derived from partial petroleum feedstock" and to still be able

2  to have its products certified as "Made with Organic" Ingredients under NSF/ANSI 305.    In this

3  submission, Defendant Hain admits: "All our sourcing (more than 1 week) for non-petroleum

4  Sodium Benzoate in USA, EU and China indicates that commercial Sodium Benzoate from non-

5  petroleum feedstock is not available."[51]

6         67.    Defendant Hain's proposal was sent to the other members of the Joint Committee for

7  a vote and comments.   In response to a member's October 2010 objection to its proposal to exempt

8  Sodium Benzoate from NSF/ANSI 305, Defendant Hain responded:

> Currently, research efforts at Hain Celestial are focused on developing a new preservative system containing only commercially available organic and naturally derived ingredients that meet the NSF/ANSI 305 standard. **We believe in total transparency.**  As such, not only will we declare sodium benzoate in the ingredient listing, but we will also include a statement "Product is preserved with Sodium Benzoate" on all labeling materials of all products that contain benzoate as a function of preservative.[52]

14  (Emphasis added).

15        68.    While Defendant Hain made this response over a year ago and Jason updated much of

16 its packaging very recently, the statement "Product is preserved with Sodium Benzoate" does not

17 currently appear on any of Defendants' Products' labels, despite Sodium Benzoate being included in

18 over three quarters of the two hundred Products identified in this Second Amended Complaint.

19        69.    Upon information and belief, Sodium Benzoate is not the only ingredient in

20 Defendants' Products that Defendants knew was not natural.  Rather, Defendants knew or should

21 have known that each of the ingredients in Defendants' Products identified in 37-61 above are

22 unnatural chemicals based on the definitions of natural and synthetic as described in 19-26 above

23 and throughout this Second Amended Complaint.

24        70.    Despite Defendants intentionally labeling their Products as being "All Natural" or

25 "Pure Natural" throughout the Class Period, the aforementioned synthetic or artificial ingredients

26

27 [51] *See* Exhibit 24, attached hereto.

28 [52] *See* Exhibit 25.

SECOND AMENDED COMPLAINT for Damages, Equitable, Declaratory and Injunctive Relief;
Case No.: 4:11-cv-06342-PJH

were used in a large number of Defendants' Products.  However, Defendants' labeling never disclosed the ingredients were artificial or synthetic despite the "Pure Natural" and "All Natural" representations on the Products' labels.

71.    Indeed, each of Defendants' Products listed as being "All Natural" or "Pure Natural" contained up to sixteen ingredients which have been recognized as being synthetic or artificial chemicals by federal regulations.[53]  Defendants must be made to remove these false and misleading "All Natural" and "Pure Natural" statements from its Products' labels as long as the Products continue to contain synthetic or artificial ingredients.

**DEFENDANTS' USE OF NON-NATURAL INGREDIENTS IN THEIR "ALL NATURAL" AND "PURE NATURAL" PERSONAL CARE PRODUCTS**

72.    Defendants' Products labeled as being "All Natural" and "Pure Natural" contained synthetic ingredients identified above.[54]  While Defendants' "All Natural" and "Pure Natural" Products' labels did disclose that they contained these ingredients, those labels did not disclose that these ingredients were synthetic or artificial, and the average consumer would not know that these ingredients were synthetic or artificial since it is not common knowledge.  Thus, Defendants' omission is significant and material given Defendants' "Pure Natural" and/or "All Natural" representations on the Products' labels.  Based on the representations that the Products were "All Natural" or "Pure Natural," one would expect that none of the ingredients in Defendants' Products would be synthetic or artificial, and they would certainly not expect Defendants to include rat

---

[53] *See* Exhibit 26, a table displaying the Products at issue and the synthetic ingredients in each product.

[54] In the event discovery of this action reveals additional products labeled as being "All Natural" or "Pure Natural" that contain synthetic or artificial ingredients, or reveals that the Products identified herein contain additional synthetic or artificial ingredients not identified in this Second Amended Complaint, Plaintiffs reserve the right to amend their allegations to include such additional products and/or ingredients.  Good cause for such amendment may exist as Hain indicated in its 2011 SEC Form 10-K that fully disclosing all of the ingredients in its personal care products might have an adverse effect on its business, suggesting that they have not already disclosed all of the synthetic or artificial ingredients in Defendants' Products.  *See* http://ir.hain-celestial.com/phoenix.zhtml?c=87078&p=irol-SECText&TEXT=aHR0cDovL2lyLmluddC53ZXN0bGF3YnVzaW5lc3MuY29tL2RvY3VtZW50L3YxLzAwMDExOTMxMjUtMTEtMjM1NDk0L3htbA%3d%3d at page 14.

poison, antifreeze, or ingredients that, when combined, could lead to the formation of a known carcinogen such as benzene.

73.    According to its labels, 140 of Defendants' Products labeled as "Pure, Natural & Organic" bearing labels materially the same as the one shown in paragraph 31 above contain the recognized synthetic ingredients identified herein, as follows:

a.    **14,000 I.U. Vitamin E Pure Beauty Oil**:  Tocopheryl Acetate;

b.    **32,000 I.U. Vitamin E Pure Beauty Oil**:  Tocopheryl Acetate;

c.    **Active Block Sunbrellas Sun Care**:  Benzyl Alcohol, Sodium Benzoate and Stearyl Alcohol;

d.    **Aloe Vera & Bergamot Styling Gel**:  Benzyl Alcohol, Glycerine, Potassium Hydroxide and Sodium Benzoate;

e.    **Aloe Vera & Bergamot Texturizing Cream**:  Cetyl Alcohol, Glycerine and Sodium Benzoate;

f.    **Aloe Vera 70% All-Over Body Lotion**:  Amyl Cinnamal, Benzyl Benzoate, Cetyl Alcohol, Citral, Geraniol, Glycerine, Hydroxycitronellal, Potassium Hydroxide, Sodium Benzoate, Stearyl Alcohol and Tocopheryl Acetate;

g.    **Aloe Vera 84% Conditioner Hair Smoothing**:  Benzyl Alcohol, Glycerine, Sodium Benzoate, Stearyl Alcohol and Tocopherols;

h.    **Aloe Vera 84% Shampoo Hair Smoothing**:  Ascorbic Acid, Benzyl Alcohol, Glycerine, Sodium Benzoate and Tocopherols;

i.    **Aloe Vera 84% Ultra-Comforting Moisturizing Crème**:  Benzyl Alcohol, Cetyl Alcohol, Glycerine, Potassium Hydroxide, Sodium Benzoate and Tocopheryl Acetate;

j.    **Aloe Vera 98% Moisturizing Gel**:  Benzyl Alcohol, Glycerine, Polysorbate 20 and Sodium Benzoate;

k.    **Aloe Vera Deodorant Stick**:  Amyl Cinnamal, Benzyl Benzoate, Benzyl Salicylate, Cetearyl Alcohol, Citral, Citronellol, Geraniol, Hydroxycitronellal, Propylene Glycol and Tocopheryl Acetate;

l.    **Aloe Vera Satin Shower Body Wash**:  Benzyl Alcohol, Glycerine, Sodium Benzoate, Tocopheryl Acetate and Xanthan Gum;

m.    **Aloe Vera Satin Soap For Hands and Face**:  Benzyl Alcohol; Glycerine, Sodium Benzoate and Tocopheryl Acetate;

n.    **Apricot Deodorant Roll On**:  Cetearyl Alcohol, Glycerine, Polysorbate 60, Sodium Benzoate, Stearyl Alcohol, Tocopheryl Acetate and Xanthan Gum;

o.    **Apricot Deodorant Stick**:   Cetearyl Alcohol, Propylene Glycol and Tocopheryl Acetate;

p.　　**Apricot Satin Shower Body Wash**:　Benzyl Alcohol, Glycerine, Sodium Benzoate, Tocopheryl Acetate and Xanthan Gum;

q.　　**Apricot Satin Soap For Hands and Face**:　Glycerine, Sodium Benzoate and Tocopheryl Acetate;

r.　　**Chamomile Satin Shower Body Wash**:　Benzyl Alcohol, Glycerine, Sodium Benzoate, Tocopheryl Acetate and Xanthan Gum;

s.　　**Chamomile Satin Soap For Hands and Face**:　Benzyl Alcohol, Glycerine, Sodium Benzoate and Tocopheryl Acetate;

t.　　**Citrus Satin Shower Body Wash**:　Glycerine and Tocopheryl Acetate;

u.　　**Citrus Scrubble Ester-C Facial Wash & Scrub**:　Ascorbic Acid, Benzyl Alcohol, Cetyl Alcohol, Glycerine, Sodium Benzoate, Tocopheryl Acetate and Xanthan Gum;

v.　　**Cocoa Butter Intensive Moisturizing Crème**:　Cetearyl Alcohol, Glycerine, Sodium Benzoate and Tocopheryl Acetate;

w.　　**Cooling Mineral Gel Tea Tree Pain Reliever**:　Tocopheryl Acetate;

x.　　**Cranberry Hand & Body Lotion**:　Cetyl Alcohol, Glycerine, Potassium Hydroxide, Sodium Benzoate, Stearyl Alcohol and Tocopheryl Acetate;

y.　　**Cranberry Satin Shower Body Wash**:　Benzyl Alcohol, Glycerine, Sodium Benzoate, Tocopheryl Acetate and Xanthan Gum;

z.　　**Cranberry Satin Soap For Hands and Face**:　Glycerine and Sodium Benzoate;

aa.　　**Ester-C Lotion Antioxidant Regenerating Moisturizer**:　Benzyl Alcohol, Glycerine, Potassium Hydroxide, Sodium Benzoate and Stearyl Alcohol**;**

bb.　　**Ester-C Hyper-C Serum Anti-Aging Therapy**:　Ascorbic Acid, Benzyl Alcohol, Glycerine, Polysorbate 20, Polysorbate 60 and Tocopheryl Acetate;

cc.　　**Ester-C Super-C Cleanser Gentle Facial Wash**:　Ascorbic Acid, Benzyl Alcohol, Glycerine, Sodium Benzoate and Tocopheryl Acetate;

dd.　　**Ester-C Vita-C Max One Minute Facial**:　Ascorbic Acid, Polysorbate 20 and Tocopheryl Acetate;

ee.　　**Family Block Sunbrellas Sun Care**:　Benzyl Alcohol, Cetyl Alcohol, Glycerine, Sodium Benzoate and Tocopheryl Acetate;

ff.　　**Fragrance Free Daily Conditioner**:　Cetearyl Alcohol and Glycerine;

gg.　　**Fragrance Free Daily Shampoo**:　Glycerine and Sodium Benzoate;

hh.　　**Fragrance Free Deodorant Stick**:　Cetearyl Alcohol and Propylene Glycol;

ii.　　**Fragrance Free Hand & Body Lotion**:　Cetyl Alcohol, Glycerine, Potassium Hydroxide, Sodium Benzoate, Stearyl Alcohol and Tocopheryl Acetate;

SECOND AMENDED COMPLAINT for Damages, Equitable, Declaratory and Injunctive Relief;
Case No.: 4:11-cv-06342-PJH

jj. **Fragrance Free Satin Shower Body Wash**:   Glycerine and Sodium Benzoate;

kk. **Glycerine & Rosewater Hand & Body Lotion**:  Benzyl Alcohol, Cetyl Alcohol, Glycerine, Sodium Benzoate and Tocopheryl Acetate;

ll. **Glycerine & Rosewater Satin Shower Body Wash**:  Glycerine, Sodium Benzoate and Tocopheryl Acetate;

mm. **Glycerine & Rosewater Satin Soap For Hands and Face**:  Benzyl Alcohol, Glycerine, Sodium Benzoate and Tocopheryl Acetate;

nn. **Grapefruit & Aloe Vera Smoothing Conditioner**:  Cetearyl Alcohol, Glycerine, Sodium Benzoate, Stearyl Alcohol and Tocopheryl Acetate;

oo. **Grapefruit & Aloe Vera Smoothing Lotion**:  Benzyl Alcohol, Potassium Hydroxide and Tocopheryl Acetate;

pp. **Grapefruit & Aloe Vera Smoothing Shampoo**:   Glycerine, Potassium Hydroxide and Sodium Benzoate;

qq. **Healthy Mouth Naturally Antiseptic Mouthwash**:   Ascorbic Acid, Glycerine and Polysorbate 20;

rr. **Healthy Mouth Tea Tree Toothpaste**:  Glycerine;

ss. **Hemp Hand & Body Lotion**:  Ascorbic Acid, Cetyl Alcohol, Glycerine, Potassium Hydroxide, Sodium Benzoate, Stearyl Alcohol, Tocopheryl Acetate and Xanthan Gum;

tt. **Hemp Hand & Body Therapy**:  Ascorbic Acid, Benzyl Alcohol, Cetyl Alcohol, Glycerine, Sodium Benzoate, Stearyl Alcohol, Tocopherols  and Tocopheryl Acetate

uu. **Henna Hi-Lights Conditioner Hi Lighting**:  Glycerine, Sodium Benzoate, Stearyl Alcohol and Tocopherols;

vv. **Henna Hi-Lights Shampoo Hi Lighting**:  Ascorbic Acid, Glycerine, Sodium Benzoate and Tocopherols;

ww. **Herbal Extracts Satin Shower Body Wash**:  Benzyl Alcohol, Glycerine, Sodium Benzoate and Xanthan Gum;

xx. **Herbal Extracts Satin Soap For Hands and Face**:  Benzyl Alcohol, Glycerine, Sodium Benzoate and Tocopheryl Acetate;

yy. **Jojoba & Lemongrass Color Treated Conditioner**:  Benzyl Alcohol, Cetearyl Alcohol, Cetyl Alcohol, Glycerine, Sodium Benzoate, Stearyl Alcohol and Tocopherols Acetate;

zz. **Jojoba & Lemongrass Color Treated Shampoo**:  Sodium Benzoate and Tocopheryl Acetate;

aaa. **Kids Block Sunbrellas Skin Care**:  Sodium Benzoate and Stearyl Alcohol;

bbb. **Kids Only! Toothpaste**:  Glycerine and Xanthan Gum;

30

ccc.    **Kids Only! Berry Burst Bath Gel**: Sodium Benzoate;

ddd.    **Kids Only! Berry Burst Foaming Hand Soap**: Glycerine and Sodium Benzoate;

eee.    **Kids Only! Daily Detangling Conditioner**: Cetearyl Alcohol and Sodium Benzoate;

fff.    **Kids Only! Extra Gentle Conditioner**: Ascorbic Acid, Glycerine, Sodium Benzoate and Tocopheryl Acetate;

ggg.    **Kids Only! Extra Gentle Shampoo**: Glycerine;

hhh.    **Kids Only! Orange Toothpaste**: Glycerine and Xanthan Gum;

iii.    **Kids Only! Strawberry Toothpaste**: Glycerine and Xanthan Gum;

jjj.    **Kids Only! Tropical Twist Bath Gel**: Sodium Benzoate and Vanillin;

kkk.    **Kids Only! Tropical Twist Foaming Hand Soap**: Glycerine, Sodium Benzoate and Vanillin;

lll.    **Kiwi & Apricot Volumizing Conditioner**: Benzyl Alcohol, Cetearyl Alcohol, Cetyl Alcohol, Sodium Benzoate and Stearyl Alcohol;

mmm.    **Kiwi & Apricot Volumizing Mousse**: Glycerine and Sodium Benzoate;

nnn.    **Kiwi & Apricot Volumizing Root Boost**: Benzyl Alcohol, Glycerine, Polysorbate 20 and Sodium Benzoate;

ooo.    **Kiwi & Apricot Volumizing Shampoo**: Benzyl Alcohol, Glycerine and Sodium Benzoate;

ppp.    **Lavender & Rosemary Curl Defining Conditioner**: Cetearyl Alcohol, Cetyl Alcohol, Glycerine, Potassium Hydroxide and Sodium Benzoate;

qqq.    **Lavender & Rosemary Curl Defining Cream**: Cetearyl Alcohol, Glycerine and Sodium Benzoate;

rrr.    **Lavender & Rosemary Curl Defining Shampoo**: Potassium Hydroxide and Sodium Benzoate;

sss.    **Lavender Deodorant Roll On**: Cetearyl Alcohol, Glycerine, Polysorbate 60, Sodium Benzoate, Stearyl Alcohol and Xanthan Gum;

ttt.    **Lavender Deodorant Stick**: Cetearyl Alcohol, Propylene Glycol and Tocopheryl Acetate;

uuu.    **Lavender Hand & Body Therapy**: Ascorbic Acid, Cetyl Alcohol, Glycerine, Potassium Hydroxide, Sodium Benzoate, Stearyl Alcohol, Tocopheryl Acetate and Xanthan Gum;

vvv.    **Lavender Satin Shower Body Wash**: Benzyl Alcohol, Glycerine, Sodium Benzoate, Tocopheryl Acetate and Xanthan Gum;

SECOND AMENDED COMPLAINT for Damages, Equitable, Declaratory and Injunctive Relief;
Case No.: 4:11-cv-06342-PJH

www.    **Lavender Satin Soap For Hands and Face**:  Benzyl Alcohol, Glycerine, Sodium Benzoate and Tocopheryl Acetate;

xxx.    **Mango & Papaya Satin Soap For Hands and Face**:  Benzyl Alcohol, Glycerine, Sodium Benzoate and Tocopheryl Acetate;

yyy.    **Mango Satin Shower Body Wash**:  Benzyl Alcohol, Glycerine, Sodium Benzoate, Tocopheryl Acetate and Xanthan Gum;

zzz.    **Mint & Rose Intense Moisture Treatment**:  Cetearyl Alcohol, Glycerine and Sodium Benzoate;

aaaa.    **Natural Apricot Conditioner Super Shine**:  Glycerine, Sodium Benzoate, Stearyl Alcohol and Tocopherols;

bbbb.    **Natural Apricot Hand & Body Lotion**:  Benzyl Alcohol, Cetyl Alcohol, Glycerine, Sodium Benzoate, Tocopherols and Tocopheryl Acetate;

cccc.    **Natural Apricot Shampoo Super Shine**:  Ascorbic Acid, Benzyl Alcohol, Glycerine, Sodium Benzoate and Tocopherols;

dddd.    **Natural Biotin Conditioner Hair Fortifying**:  Sodium Benzoate, Stearyl Alcohol and Tocopherols;

eeee.    **Natural Biotin Shampoo Hair Fortifying**:  Benzyl Alcohol, Glycerine and Tocopherols;

ffff.    **Natural E.F.A. Hand & Body Lotion**:  Cetyl Alcohol, Glycerine, Potassium Hydroxide, Sodium Benzoate, Stearyl Alcohol, Tocopherols and Tocopheryl Acetate;

gggg.    **Natural Jojoba Conditioner Scalp Balancing**:  Glycerine, Sodium Benzoate and Tocopherols;

hhhh.    **Natural Jojoba Shampoo Scalp Balancing**:  Ascorbic Acid, Benzyl Alcohol, Geraniol, Glycerine, Hydroxycitronella, Sodium Benzoate and Tocopheryl Acetate;

iiii.    **Natural Lavender Conditioner Hair Strengthening**:  Cetyl Alcohol, Sodium Benzoate, Stearyl Alcohol and Tocopherols;

jjjj.    **Natural Lavender Shampoo Hair Strengthening**:  Ascorbic Acid, Benzyl Alcohol, Glycerine, Sodium Benzoate and Tocopherols;

kkkk.    **Natural Sea Kelp Conditioner Hair Moisturizing**:  Ascorbic Acid, Glycerine, Sodium Benzoate, Stearyl Alcohol and Tocopherols;

llll.    **Natural Sea Kelp Shampoo Hair Moisturizing**:  Ascorbic Acid, Glycerine, Sodium Benzoate and Tocopherols;

mmmm.    **Naturally Fresh Deodorant Stick for Men**:  Stearyl Alcohol and Tocopherols;

nnnn.    **Naturally Fresh Deodorant Stick for Women**:  Stearyl Alcohol and Tocopherols;

---

SECOND AMENDED COMPLAINT for Damages, Equitable, Declaratory and Injunctive Relief;
Case No.: 4:11-cv-06342-PJH

oooo.    **Peppermint & Biotin Strengthening Conditioner**:    Cetearyl Alcohol, Glycerine, Sodium Benzoate and Stearyl Alcohol;

pppp.    **Peppermint & Biotin Strengthening Shampoo**:    Benzyl Alcohol and Sodium Benzoate;

qqqq.    **Plumeria & Sea Kelp Leave In Conditioning Spray**:  Benzyl Alcohol and Sodium Benzoate;

rrrr.    **Plumeria & Sea Kelp Moisturizing Conditioner**:  Benzyl Alcohol, Cetearyl Alcohol, Glycerine, Sodium Benzoate and Tocopheryl Acetate;

ssss.    **Plumeria & Sea Kelp Moisturizing Shampoo**:  Benzyl Alcohol and Sodium Benzoate;

tttt.    **Powersmile Cinnamon Mint Mouthwash**:  Glycerine and Polysorbate 20;

uuuu.    **Powersmile Exclusive Natural Whiteners, Vanilla Mint**:  Glycerine;

vvvv.    **Powersmile Exclusive Natural Whiteners, Cinnamon Mint**:  Glycerine;

wwww.    **Quit Bugging Me**! **Natural Insect Repellant Spray**:  Glycerine and Sodium Benzoate;

xxxx.    **Red Elements Calming Toner**:  Benzyl Alcohol, Polysorbate 20 and Sodium Benzoate;

yyyy.    **Red Elements Daily Moisturizing Crème with SPF 15**:  Benzyl Alcohol, Cetyl Alcohol, Polysorbate 60, Potassium Hydroxide, Sodium Benzoate and Tocopheryl Acetate;

zzzz.    **Red Elements Daily Moisturizing Lotion with SPF 15**:  Benzyl Alcohol, Cetyl Alcohol, Polysorbate 60, Potassium Hydroxide, Sodium Benzoate and Tocopheryl Acetate;

aaaaa.    **Red Elements Exfoliating Scrub**:    Benzyl Alcohol, Polysorbate 20, Potassium Hydroxide and Sodium Benzoate;

bbbbb.    **Red Elements Hydrating Lotion Cleanser**:  Benzyl Alcohol, Cetyl Alcohol, Glycerine, Polysorbate 60, Potassium Hydroxide, Sodium Benzoate, Stearyl Alcohol and Tocopheryl Acetate;

ccccc.    **Red Elements Hydrating Night Crème**:  Benzyl Alcohol, Cetyl Alcohol, Glycerine, Polysorbate 60, Potassium Hydroxide, Sodium Benzoate, Stearyl Alcohol and Tocopheryl Acetate;

ddddd.    **Red Elements Lifting Eye Crème**:    Benzyl Alcohol, Cetyl Alcohol, Glycerine, Polysorbate 60 Potassium Hydroxide, Sodium Benzoate and Tocopheryl Acetate;

eeeee.    **Red Elements Red Clay Masque**:  Cetyl Alcohol, Glycerine, Potassium Hydroxide, Sodium Benzoate and Tocopheryl Acetate;

fffff.    **Rosewater & Chamomile Normalizing Conditioner**:    Cetearyl Alcohol, Cetyl Alcohol, Glycerine, Sodium Benzoate and Tocopheryl Acetate;

SECOND AMENDED COMPLAINT for Damages, Equitable, Declaratory and Injunctive Relief;
Case No.: 4:11-cv-06342-PJH

ggggg.    **Rosewater & Chamomile Normalizing Shampoo**:    Benzyl Alcohol and Sodium Benzoate;

hhhhh.    **Rosewater Hand & Body Lotion**:    Cetyl Alcohol, Glycerine, Potassium Hydroxide, Sodium Benzoate and Tocopheryl Acetate;

iiiii.    **Rosewater Satin Shower Body Wash**:    Benzyl Alcohol, Glycerine, Sodium Benzoate, Tocopheryl Acetate and Xanthan Gum;

jjjjj.    **Rosewater Satin Soap For Hands and Face**:    Benzyl Alcohol, Glycerine, Sodium Benzoate and Tocopheryl Acetate;

kkkkk.    **Sea Fresh Biologically Active Mouthwash**:    Ascorbic Acid, Glycerine and Polysorbate 20;

lllll.    **Shea Nut Butter**:    Tocopherols;

mmmmm.    **Sunbrellas Natural Skin Care Facial Sunblock**:    Cetyl Alcohol, Glycerine, Tocopheryl Acetate and Xanthan Gum;

nnnnn.    **Sunbrellas Natural Skin Care Mineral Based Physical Sunblock**:    Benzyl Alcohol, Glycerine and Tocopheryl Acetate;

ooooo.    **Sunbrellas Natural Sun Care Active Sunblock**:    Benzyl Alcohol, Cetyl Alcohol, Glycerine, Sodium Benzoate, Tocopheryl Acetate and Xanthan Gum;

ppppp.    **Sunbrellas Natural Sun Care Family Sunblock**:    Benzyl Alcohol, Sodium Benzoate and Stearyl Alcohol;

qqqqq.    **Sunbrellas Natural Sun Care Kid's Sunblock**:    Polysorbate 20 and Stearyl Alcohol;

rrrrr.    **Tall Grass High-Protein Shampoo**:    Glycerine, Sodium Benzoate and Tocopheryl Acetate;

sssss.    **Tea Time Anti-Aging Moisturizing Crème**:    Alpha-Isomethyl Ionone, Amyl Cinnamal, Benzyl Alcohol, Benzyl Benzoate, Benzyl Salicylate, Cetyl Alcohol, Citronellol, Coumarin, Geraniol, Glycerine, Hydroxycitronellal, Potassium Hydroxide, Sodium Benzoate and Tocopheryl Acetate;

ttttt.    **Tea Tree Deodorant Roll On**:    Cetearyl Alcohol, Glycerine, Polysorbate 60, Sodium Benzoate, Stearyl Alcohol and Xanthan Gum;

uuuuu.    **Tea Tree Deodorant Stick**:    Cetearyl Alcohol, Propylene Glycol and Tocopheryl Acetate;

vvvvv.    **Tea Tree Melaleuca Deodorant Stick**:    Benzyl Benzoate, Benzyl Salicylate, Cetearyl Alcohol, Citronellol, Hydroxycitronellal, Propylene Glycol and Tocopheryl Acetate;

wwwww.    **Tea Tree Nail Saver**:    Tocopheryl Acetate;

xxxxx.    **Tea Tree Oil Therapy Conditioner**:    Ascorbic Acid, Benzyl Alcohol, Glycerine, Sodium Benzoate, Stearyl Alcohol and Tocopheryl Acetate;

SECOND AMENDED COMPLAINT for Damages, Equitable, Declaratory and Injunctive Relief;
Case No.: 4:11-cv-06342-PJH

yyyyy.    **Tea Tree Satin Shower Body Wash**: Benzyl Alcohol, Glycerine, Sodium Benzoate, Tocopheryl Acetate and Xanthan Gum;

zzzzz.    **Tea Tree Satin Soap For Hands and Face**:  Benzyl Alcohol, Glycerine, Sodium Benzoate and Tocopheryl Acetate;

aaaaaa.    **Tea Tree Scalp Normalizing Conditioner**:  Ascorbic Acid, Benzyl Alcohol, Sodium Benzoate, Stearyl Alcohol and Tocopheryl Acetate;

bbbbbb.    **Tea Tree Scalp Normalizing Shampoo**:  Sodium Benzoate and Tocopheryl Acetate;

cccccc.    **Tea Tree Soothing Gel**:  Benzyl Alcohol, Glycerine and Sodium Benzoate;

dddddd.    **Thin-To-Thick Body Building Hair Spray**:    Glycerine and Sodium Benzoate;

eeeeee.    **Thin-To-Thick Extra Volume Conditioner**:    Ascorbic Acid, Cetearyl Alcohol, Cetyl Alcohol, Glycerine, Sodium Benzoate, Tocopheryl Acetate and Tocopheryl Nicotinate;

ffffff.    **Thin-To-Thick Revitalizing Scalp Elixir**:  Sodium Benzoate;

gggggg.    **Vanilla Hand & Body Therapy**:  Ascorbic Acid, Benzyl Alcohol, Cetyl Alcohol, Glycerine, Sodium Benzoate, Tocopherols, Tocopheryl Acetate and Xanthan Gum;

hhhhhh.    **Vitamin E Hand & Body Lotion**:  Cetyl Alcohol, Glycerine, Sodium Benzoate, Steryl Alcohol, Tocopheryl Acetate and Xathan Gum;

iiiiii.    **Vitamin E Oil 45,000 I.U. Pure Beauty Oil**:  Tocopheryl Acetate;

jjjjjj.    **Vitamin E with A & C Conditioner Body Enhancing**:    Ascorbic Acid, Sodium Benzoate, Stearyl Alcohol and Tocopherols;

kkkkkk.    **Vitamin E with A & C Shampoo Body Enhancing**:  Ascorbic Acid, Benzyl Alcohol, Sodium Benzoate and Tocopherols;

llllll.    **Vitamin K Crème Plus Intense Nourishing Skin Crème**:    Cetearyl Alcohol, Cetyl Alcohol, Potassium Hydroxide, Sodium Benzoate and Stearyl Alcohol; and

mmmmmm.    **Wild Yam Balancing Moisturizing Crème**: Ascorbic Acid, Benzyl Alcohol, Cetearyl Alcohol, Cetyl Alcohol, Citronellol, Geraniol, Potassium Hydroxide, Sodium Benzoate and Tocopheryl Acetate.

74.    According to its labels, 41 of Defendants' Products labeled as "Pure Natural" bearing materially the same label as the one shown in paragraph 32 above contain the recognized synthetic ingredients identified herein, as follows:

a.    **Age Renewal Vitamin E 25,000 I.U. Pure Natural Moisturizing Crème**: Benzyl Alcohol, Cetyl Alcohol, Glycerine, Polysorbate 60, Potassium Hydroxide, Sodium Benzoate and Tocopheryl Acetate;

b.  **Brightening Apricot Scrubble Pure Natural Facial Wash & Scrub**:  Cetyl Alcohol, Glycerine, Sodium Benzoate and Xanthan Gum;

c.  **C Effects Pure Natural Anti-Wrinkle Day Lotion SPF 30 Sunscreen**: Benzyl Alcohol, Benzyl Benzoate, Benzyl Salicylate, Cetearyl Alcohol, Cetyl Alcohol, Cinnamyl Alcohol, Citral, Coumarin, Glycerine, Polysorbate 60, Sodium Benzoate, Tocopheryl Acetate and Xanthan Gum;

d.  **C Effects Pure Natural C-Lite Skin Tone Balancer**:  Alpha-isomethyl Ionone, Benzyl Alcohol, Benzyl Benzoate, Benzyl Salicylate, Cetearyl Alcohol, Cetyl Alcohol, Cinnamyl Alcohol, Citral, Coumarin, Glycerine, Polysorbate 60, Potassium Hydroxide, Sodium Benzoate, Stearyl Alcohol, Tocopheryl Acetate and Xanthan Gum;

e.  **C Effects Pure Natural Hyper-C Serum**:  Ascorbic Acid, Benzyl Alcohol, Benzyl Benzoate, Benzyl Salicylate, Coumarin, Glycerine, Polysorbate 20, Sodium Benzoate and Tocopheryl Acetate;

f.  **C Effects Pure Natural Super-C Toner Anti-Aging Daily Mist**:  Ascorbic Acid, Benzyl Salicylate, Glycerine, Polysorbate 20, Potassium Hydroxide, Sodium Benzoate and Xanthan Gum;

g.  **C Effects Pure Natural Ultra-C Eye Lift**:  Alpha-isomethyl Ionone, Ascorbic Acid, Benzyl Alcohol, Benzyl Benzoate, Benzyl Salicylate, Cetearyl Alcohol, Cetyl Alcohol, Cinnamyl Alcohol, Citral, Coumarin, Glycerine, Polysorbate 60, Potassium Hydroxide, Sodium Benzoate, Stearyl Alcohol, and Tocopheryl Acetate;

h.  **Calming Lavender Pure Natural Body Wash**:  Benzyl Alcohol, Citral, Glycerine, Hydroxyditronellal, Sodium Benzoate and Tocopheryl Acetate;

i.  **Calming Lavender Pure Natural Deodorant Stick**:  Cetearyl Alcohol, Propylene Glycol and Tocopheryl Acetate;

j.  **Calming Lavender Pure Natural Hand & Body Lotion**:  Ascorbic Acid, Cetearyl Alcohol, Cetyl Alcohol, Glycerine, Polysorbate 60, Potassium Hydroxide, Sodium Benzoate, Stearyl Alcohol, Tocopheryl Acetate and Xanthan Gum;

k.  **Calming Lavender Pure Natural Hand Soap**:  Benzyl Alcohol, Citral, Glycerine, Hydroxycitronella, Sodium Benzoate and Tocopheryl Acetate;

l.  **Color Protect Henna Pure Natural Shampoo**:  Ascorbic Acid, Benzyl Alcohol, Glycerine, Sodium Benzoate and Tocopheryl Acetate;

m.  **Cooling Minerals & Tea Tree Pure Natural Muscle Pain Therapy**: Tocopheryl Acetate;

n.  **Extra Strength Vitamin E 32,000 I.U. Pure Natural Skin Oil**:  Tocopheryl Acetate;

o.  **Glowing Apricot Pure Natural Body Wash**:  Benzyl Alcohol, Glycerine, Sodium Benzoate and Tocopheryl Acetate;

SECOND AMENDED COMPLAINT for Damages, Equitable, Declaratory and Injunctive Relief;
Case No.: 4:11-cv-06342-PJH

1

p.    **Glowing Apricot Pure Natural Hand & Body Lotion**:  Amyl Cinnamal, Cetyl Alcohol, Geraniol, Glycerine, Potassium Hydroxide, Sodium Benzoate,

2         Stearyl Alcohol, Tocopheryl Acetate and Xanthan Gum;

3

q.    **Glowing Apricot Pure Natural Hand Soap**:  Benzyl Alcohol, Benzyl Salicylate, Glycerine, Sodium Benzoate and Tocopheryl Acetate;

4

r.    **Invigorating Rosewater Pure Natural Body Wash**:  Benzyl Alcohol,

5         Glycerine, Sodium Benzoate and Tocopheryl Acetate;

6

s.    **Long & Strong Jojoba Pure Natural Conditioner**:  Benzyl Alcohol, Cetearyl Alcohol, Cetyl Alcohol, Glycerine, Hydroxycitronellal, Polysorbate

7         60, Sodium Benzoate, Stearyl Alcohol, Tocopherols and Tocopheryl Acetate;

8

t.    **Long & Strong Jojoba Pure Natural Shampoo**:  Ascorbic Acid, Benzyl Alcohol,  Benzyl  Benzoate,  Citronellol,  Geraniol,  Glycerine,

9         Hydroxycitronellal, Potassium Hydroxide, Sodium Benzoate and Tocopheryl Acetate;

10

u.    **Maximum Strength Vitamin E 45,000 I.U. Pure Natural Skin Oil**:

11         Tocopherols Acetate;

12

v.    **Moisturizing Herbs Pure Natural Hand Soap**:  Benzyl Alcohol, Coumarin, Glycerine, Sodium Benzoate and Tocopheryl Acetate;

13

w.    **Nourishing Cocoa Butter Pure Natural Moisturizing Crème**:  Cetyl

14         Alcohol, Glycerine, Potassium Hydroxide, Sodium Benzoate and Tocopheryl Acetate;

15

x.    **Purifying Tea Tree Pure Natural Body Wash**:  Benzyl Alcohol, Benzyl

16         Benzoate, Citronellol, Glycerine, Sodium Benzoate and Tocopheryl Acetate;

17

y.    **Purifying Tea Tree Pure Natural Hand Soap**:  Benzyl Alcohol, Benzyl Benzoate, Citronellol, Glycerine, Sodium Benzoate and Tocopheryl Acetate;

18

z.    **Purifying Tea Tree Pure Natural Hand Wash**:  Benzyl Benzoate, Benzyl

19         Alcohol, Citronellol, Glycerine, Sodium Benzoate and Tocopheryl Acetate;

20

aa.   **Relaxing Chamomile Pure Natural Hand Soap**:  Benzyl Alcohol, Benzyl Benzoate, Citronellol, Glycerine, Hydroxycitronellal, Sodium Benzoate and

21         Tocopheryl Acetate;

22

bb.   **Restorative Biotin Pure Natural Shampoo**:  Benzyl Alcohol, Benzyl Benzoate, Glycerine, Sodium Benzoate and Tocopheryl Acetate;

23

cc.   **Revitalizing Citrus Pure Natural Body Wash**:  Benzyl Alcohol, Glycerine,

24         Sodium Benzoate and Tocopheryl Acetate;

dd.   **Revitalizing Vitamin E 5,000 I.U. Pure Natural Moisturizing Crème**: Ascorbic Acid, Benzyl Alcohol, Cetyl Alcohol, Glycerine, Polysorbate 60,

25         Potassium Hydroxide, Sodium Benzoate and Tocopheryl Acetate;

26

ee.   **Revitalizing Vitamin E Pure Natural Conditioner**:  Ascorbic Acid, Benzyl

27         Alcohol, Cetearyl Alcohol, Glycerine, Polysorbate 60, Sodium Benzoate, Stearyl Alcohol, Tocopherols and Tocopheryl Acetate;

28

SECOND AMENDED COMPLAINT for Damages, Equitable, Declaratory and Injunctive Relief;
Case No.: 4:11-cv-06342-PJH

ff.  **Revitalizing Vitamin E Pure Natural Shampoo**:  Ascorbic Acid, Benzyl Alcohol, Glycerine, Sodium Benzoate and Tocopherols;

gg.  **Revitalizing Wheat Germ Vitamin E Pure Natural Hand & Body Lotion**: Cetearyl Alcohol, Cetyl Alcohol, Glycerine, Sodium Benzoate, Stearyl Alcohol, Tocopheryl Acetate and Xanthan Gum;

hh.  **Softening Cocoa Butter Pure Natural Hand & Body Lotion**:  Benzyl Benzoate, Cetyl Alcohol, Glycerine, Potassium Hydroxide, Sodium Benzoate, Stearyl Alcohol and Tocopheryl Acetate;

ii.  **Soothing 84% Aloe Vera Pure Natural Hand & Body Lotion**:  Amyl Cinnamal, Ascorbic Acid, Benzyl Benzoate, Benzyl Salicylate, Cetyl Alcohol, Citral, Geraniol, Glycerine, Hydroxycitronellal, Sodium Benzoate, Stearyl Alcohol, Tocopheryl Acetate and Xanthan Gum;

jj.  **Soothing 84% Aloe Vera Pure Natural Moisturizing Crème**:  Amyl Cinnamal, Benzyl Benzoate, Benzyl Salicylate, Cetyl Alcohol, Citral, Geraniol, Glycerine, Hydroxycitronellal, Potassium Hydroxide, Sodium Benzoate and Tocopheryl Acetate;

kk.  **Soothing 98% Aloe Vera Pure Natural Moisturizing Gel**: Amyl Cinnamal, Benzyl Benzoate, Benzyl Salicylate, Glycerine, Polysorbate 20, Potassium Hydroxide and Sodium Benzoate;

ll.  **Soothing Aloe Vera  Pure Natural Body Wash**: Benzyl Alcohol, Glycerine, Sodium Benzoate and Tocopheryl Acetate;

mm.  **Soothing Aloe Vera Pure Natural Deodorant Roll On**: Benzyl Salicylate, Glycerine, Potassium Hydroxide, Sodium Benzoate, Stearyl Alcohol and Tocopheryl Acetate;

nn.  **Soothing Aloe Vera Pure Natural Hand Soap**:  Benzyl Alcohol, Benzyl Benzoate, Glycerine, Sodium Benzoate and Tocopheryl Acetate; and

oo.  **Vitamin E 5,000 I.U. Pure Natural Skin Oil**:  Tocopherols and Tocopheryl Acetate.

75.  According to its labels, 19 of Defendants' Products labeled as "All Natural" bearing materially the same label as the one shown in paragraph 33 above contain the recognized synthetic ingredients identified herein, as follows:

a.  **Beard & Skin Shave Therapy All Natural Shave Lotion**:  Cetearyl Alcohol, Glycerine, Polysorbate 60, Potassium Hydroxide, Sodium Benzoate, Tocopheryl Acetate and Xanthan Gum;

b.  **Dandruff Relief All Natural Hair & Scalp Therapy System Shampoo**: Glycerine, Potassium Hydroxide, Pyrodoxine HCl, Totopheryl Acetate and Xanthan Gum;

c.  **Healthy Mouth All Natural Tartar Control Toothpaste with Natural Tea Tree Oil**:  Glycerine;

d.  **Healthy Mouth All-Natural Tooth Gel with CoQ10**:  Glycerine;

e.  **Healthy Mouth Tartar Control Cinnamon Clove All Natural Mouthwash**: Ascorbic Acid, Glycerine and Polysorbate 20;

f.  **All Natural Hi Shine Styling Gel**:  Glycerine, Potassium Hydroxide and Sodium Benzoate;

g.  **Kids Only!  All Natural Shampoo Daily Clean**:  Sodium Benzoate and Vanillin;

h.  **Nutri Smile All-Natural Ester-C Mouthwash**:  Ascorbic Acid, Glycerine and Polysorbate 20;

i.  **Nutrismile All-Natural Ester-C CoQ10 Tooth Gel**:  Ascorbic Acid, Glycerine and Tocopheryl Acetate;

j.  **Oral Comfort All-Natural Soothing Tooth Gel with CoQ10**:  Glycerine and Tocopheryl Acetate;

k.  **Power Smile Peppermint All Natural Mouthwash**:  Ascorbic Acid, Glycerine and Polysorbate 20;

l.  **Powersmile All Natural Enzyme Brightening Tooth Gel**:  Glycerine, Sodium Benzoate and Xanthan Gum;

m.  **Powersmile All-Natural Whitening CoQ10 Tooth Gel Cinnamon Mint**: Glycerine;

n.  **Powersmile All-Natural Whitening CoQ10 Tooth Gel Vanilla Mint**: Glycerine;

o.  **Powersmile All-Natural Whitening Toothpaste**:  Glycerine;

p.  **Quick Clean Makeup Remover All Natural**:  Ascorbic Acid, Benzyl Alcohol, Glycerine, Sodium Benzoate and Tocopherols;

q.  **Sea Fresh All-Natural Sea-Algae CoQ10 Tooth Gel**:  Glycerine and Tocopheryl Acetate;

r.  **Sea Fresh All-Natural Sea-Sourced Toothpaste**:  Glycerine; and

s.  **Sea Fresh All-Natural Strengthening Toothpaste**:  Glycerine.

76.  The labeling of products as being "All Natural" and "Pure Natural" carries implicit health benefits important to consumers – benefits that consumers are often willing to pay a premium

1    for over comparable products that are not all natural.  Defendants have cultivated and reinforced a

2    corporate image that has catered to this entirely natural theme by boldly emblazing "Pure Natural"

3    and "All Natural" on its Products' labels, despite the fact that the Products contain artificial and/or

4    synthetic ingredients.

5          77.    Defendants have used the "Pure Natural" and "All Natural" labels to shape the Jason

6    Natural brand and sell their personal care Products.  Yet, the existence of synthetic and artificial

7    ingredients in the Products renders the use of the labels "Pure Natural" and "All Natural" false and

8    misleading.

9    **DEFENDANTS HAVE REFUSED TO CEASE THEIR WRONGDOING**

10          78.    Defendants has been notified by Plaintiffs on behalf of themselves and all class

11    members that the personal care Products have been falsely and misleadingly labeled as "All Natural"

12    and "Pure Natural" when they in fact contain numerous synthetic and artificial substances.  On

13    December 21, 2011, counsel for Mary Littlehale notified Defendants Jason Natural and The Hain

14    Celestial Group, in writing, that Defendants' Jason brand personal care products were improperly

15    labeled as "All Natural" and "Pure Natural" because they contained the twenty five synthetic and

16    artificial ingredients identified in this Second Amended Complaint.  The letter demanded that

17    Defendants take the following steps to cure this defect:  remove the "All Natural" and "Pure

18    Natural" statements from the Products' packaging, provide an accounting of Defendants' profits

19    from the sale of its "All Natural" and "Pure Natural" products, pay restitution to Plaintiffs and all

20    other putative class members, and agree not to advertise its personal care products containing

21    artificial or synthetic ingredients as being "All Natural" or "Pure Natural."[55]

22          79.    Defendants did not respond to Plaintiffs' notice under the CLRA.  Despite having had

23    a reasonable opportunity to cure or otherwise remedy the harms to Plaintiffs and Class members

24    caused by their false and misleading representations, Defendants have failed to do so.

25

26

27    _____

28    [55] A copy of the CLRA letters sent to Defendants is attached hereto as Exhibit 27.

SECOND AMENDED COMPLAINT for Damages, Equitable, Declaratory and Injunctive Relief;
Case No.: 4:11-cv-06342-PJH

**DEFENDANTS FRAUDULENTLY CONCEALED THEIR WRONGDOING**

80.    The personal care Products labeled "All Natural" and "Pure Natural" contain artificial and synthetic ingredients as identified above.  While Defendants' "All Natural" and "Pure Natural" personal care Products' labels did include the following in the ingredient list: Alpha-isomethyl Ionone, Amyl Cinnamal, Ascorbic Acid, Benzyl Alcohol, Benzyl Benzoate, Benzyl Silicylate, Cetearyl Alcohol, Cetyl Alcohol, Cinnamyl Alcohol, Citral, Citronellol, Coumarin, Geraniol, Glycerine, Hydroxycitronellal, Polysorbate 20, Polysorbate 60, Potassium Hydroxide, Propylene Glycol, Pyrodixine Hydrochloride, Sodium Benzoate, Stearyl Alcohol, Tocopherols, Vanillin and Xanthan Gum, those labels did not disclose that any of these ingredients were synthetic or artificial, and therefore not natural.  Nor did Defendants otherwise disclose this information to Plaintiffs and members of the Class.

81.    Whether Alpha-isomethyl Ionone, Amyl Cinnamal, Ascorbic Acid, Benzyl Alcohol, Benzyl Benzoate, Benzyl Silicylate, Cetearyl Alcohol, Cetyl Alcohol, Cinnamyl Alcohol, Citral, Citronellol, Coumarin, Geraniol, Glycerine, Hydroxycitronellal, Polysorbate 20, Polysorbate 60, Potassium Hydroxide, Propylene Glycol, Pyrodixine Hydrochloride, Sodium Benzoate, Stearyl Alcohol, Tocopherols, Vanillin or Xanthan Gum are artificial, synthetic or natural is not something Plaintiffs or any other average reasonable consumer buying Defendants' Products would know since that information is not common knowledge.  That, combined with Defendants' active concealment in representing the personal care Products as "All Natural" and "Pure Natural" and not disclosing otherwise, gave the average reasonable consumer no reason to suspect that Defendants' representations on the packages that the Products are "All Natural" or "Pure Natural" were not true, and therefore consumers had no reason to investigate whether these ingredients are artificial, synthetic or natural.

82.    As such, Defendants concealed the non-natural nature of the ingredients in the Products.

**CLASS ACTION ALLEGATIONS**

83.    Plaintiffs bring this action on behalf of themselves and on behalf of all other members of the Class ("Class"), defined as all persons who, on or after December 15, 2007, purchased in the

1   United States Jason Natural personal care products labeled as "Pure Natural," "Pure Natural &

2   Organic" or "All Natural" but which contained artificial or synthetic ingredients.  Plaintiffs bring this

3   Class pursuant to Federal Rule of Civil Procedure 23(a), and 23(b)(1), 23(b)(2) and 23(b)(3).

4       84.   Excluded from the Class are: (i) Defendants and their employees, principals, affiliated

5   entities, legal representatives, successors and assigns; and (ii) the judges to whom this action is

6   assigned and any members of their immediate families.

7       85.   Upon information and belief, there are tens of thousands of Class members who are

8   geographically dispersed throughout the United States.  Therefore, individual joinder of all members

9   of the Class would be impracticable.

10      86.   Common questions of law or fact exist as to all members of the Class.  These

11  questions predominate over the questions affecting only individual class members.  These common

12  legal or factual questions include:

a.   Whether Defendants' labeled their Jason Natural brand personal care Products as "Pure Natural," "Pure, Natural & Organic" or "All Natural;"

b.   whether Defendants' personal care Products that contain Alpha-isomethyl Ionone, Amyl Cinnamal, Ascorbic Acid, Benzyl Alcohol, Benzyl Benzoate, Benzyl Silicylate, Cetearyl Alcohol, Cetyl Alcohol, Cinnamyl Alcohol, Citral, Citronellol, Coumarin, Geraniol, Glycerine, Hydroxycitronellal, Polysorbate 20, Polysorbate 60, Potassium Hydroxide, Propylene Glycol, Pyrodixine Hydrochloride, Sodium Benzoate, Stearyl Alcohol, Tocopherols, Vanillin, Xanthan Gum or other synthetic or artificial ingredients are "Pure Natural," "Pure, Natural & Organic" or "All Natural;"

c.   whether Defendants' "Pure Natural," "Pure, Natural & Organic" or "All Natural" labeling of their personal care products is likely to deceive class members or the general public;

d.   whether Defendants' representations are unlawful; and

e.   the appropriate measure of damages, resitutionary disgorgement and/or restitution.

25      87.   Plaintiffs' claims are typical of the claims of the Class in that Plaintiffs were

26  consumers who purchased Defendants' "Pure Natural" and "All Natural" Products in the United

27  States that contained synthetic or artificial ingredients during the Class Period.  Plaintiffs, therefore,

28

SECOND AMENDED COMPLAINT for Damages, Equitable, Declaratory and Injunctive Relief;
Case No.: 4:11-cv-06342-PJH

1    are no different in any relevant respect from any other Class member, and the relief sought is

2    common to the Class.

3         88.    Plaintiffs are adequate representatives of the Class because their interests do not

4    conflict with the interests of the Class members they seeks to represent, and they have retained

5    counsel competent and experienced in conducting complex class action litigation, including product

6    mislabeling class actions such as this one.  Plaintiffs and their counsel will adequately protect the

7    interests of the Class.

8         89.    A class action is superior to other available means for the fair and efficient

9    adjudication of this dispute.  The damages suffered by each individual Class member likely will be

10   relatively small, especially given the relatively small cost of the Products at issue and the burden and

11   expense of individual prosecution of the complex litigation necessitated by Defendants' conduct.

12   Thus, it would be virtually impossible for Class members individually to effectively redress the

13   wrongs done to them.  Moreover, even if the Class members could afford individual actions, it

14   would still not be preferable to class-wide litigation.  Individualized actions present the potential for

15   inconsistent or contradictory judgments.  By contrast, a class action presents far fewer management

16   difficulties and provides the benefits of single adjudication, economies of scale, and comprehensive

17   supervision by a single court.

18        90.    In the alternative, the Class may be certified because Defendants have acted or

19   refused to act on grounds generally applicable to the Class, thereby making appropriate preliminary

20   and final equitable relief with respect to the Class.

21        91.    Plaintiffs bring their claims on behalf of the nationwide Class.  In the alternative,

22   Plaintiffs reserve their right to bring claims on behalf of appropriate sub-Classes or multi-state

23   Classes or a statewide Class, as indicated at paragraph 17 n. 13, *supra*.  Plaintiffs Larsen and Astiana

24   bought Defendants' Products in California during the relevant period.  Should the Court find that any

25   of the Plaintiffs who made purchases outside of California may not raise California consumer fraud

26   claims based upon those purchases, those Plaintiffs each have standing to bring consumer fraud

27

28

---

SECOND AMENDED COMPLAINT for Damages, Equitable, Declaratory and Injunctive Relief;
Case No.: 4:11-cv-06342-PJH

claims under the laws in the states in which those purchases were made (e.g., 73 Pa. Stat. Ann. §201-1, *et seq.*[56]).  The same is true for Plaintiffs' common law claims based upon state law.

**FIRST CAUSE OF ACTION**
**(Common Law Fraud)**

92.    Plaintiffs hereby incorporate all other paragraphs of this Second Amended Complaint and restate them as if they were fully set forth herein.

93.    Defendants uniformly misrepresented on their Products' labels during the Class Period that the Products were "All Natural," "Pure Natural" by making the representation that the products were "Pure Natural," "Pure, Natural & Organic" and/or "All Natural" when in fact they contain synthetic or artificial ingredients, including, but not limited to: Alpha-isomethyl Ionone, Amyl Cinnamal, Ascorbic Acid, Benzyl Alcohol, Benzyl Benzoate, Benzyl Silicylate, Cetearyl Alcohol, Cetyl Alcohol, Cinnamyl Alcohol, Citral, Citronellol, Coumarin, Geraniol, Glycerine, Hydroxycitronellal, Polysorbate 20, Polysorbate 60, Potassium Hydroxide, Propylene Glycol, Pyrodixine Hydrochloride, Sodium Benzoate, Stearyl Alcohol, Tocopherols, Vanillin and Xanthan Gum.  While Defendants' Products' labels did uniformly disclose during the Class Period that their Products contained these ingredients, the labels uniformly did not disclose that these ingredients were synthetic or artificial, and instead labeled the Products as "All Natural" and/or "Pure Natural."

94.    Thus, the claims on Defendants' labels that the Products were "Pure Natural" and/or "All Natural" constitutes affirmative acts of concealment and non-disclosure since Alpha-isomethyl Ionone, Amyl Cinnamal, Ascorbic Acid, Benzyl Alcohol, Benzyl Benzoate, Benzyl Silicylate, Cetearyl Alcohol, Cetyl Alcohol, Cinnamyl Alcohol, Citral, Citronellol, Coumarin, Geraniol, Glycerine, Hydroxycitronellal, Polysorbate 20, Polysorbate 60, Potassium Hydroxide, Propylene Glycol, Pyrodixine Hydrochloride, Sodium Benzoate, Stearyl Alcohol, Tocopherols, Vanillin and Xanthan Gum are artificial and/or synthetic ingredients.  Defendants had a duty to

---

[56] 73 Pa. Stat. Ann. §201-2 defines deceptive practices, 73 Pa. Stat. Ann. §201-3 declares them unlawful, and 73 Pa. Stat. Ann. §201-9.2 provides for a private right of action.

SECOND AMENDED COMPLAINT for Damages, Equitable, Declaratory and Injunctive Relief;
Case No.: 4:11-cv-06342-PJH

disclose this material information in light of its representation on its labels that its Products were "Pure Natural" and/or "All Natural."

95.    Defendants' "Pure Natural" and "All Natural" statements and representations and its affirmative concealments and omissions described herein were material in that there was a substantial likelihood that a reasonable prospective purchaser of their Products would have considered them important when deciding whether or not to purchase the Products.

96.    Defendants knew or recklessly disregarded that their Products were not "All Natural" or "Pure Natural," uniformly misrepresented their Products as being "All Natural" or "Pure Natural," and affirmatively concealed and omitted the truth with the intent and purpose of inducing and deceiving consumers (*i.e.,* Plaintiffs and the Class) into purchasing their Products.   Indeed, as described above in paragraphs 63-71, it is uncontroverted that Defendants knew and admitted that Sodium Benzoate, an ingredient in 151 out of 203 products identified in this Second Amended Complaint, was not natural and subsequently confirmed that it could not otherwise be obtained from a natural source.  Yet, Defendants continued to include Sodium Benzoate in their Products labeled as being "Pure Natural" and "All Natural."   Defendants knew or recklessly disregarded the other ingredients identified herein it used in its Products were not natural since federal regulations identified them as artificial and/or synthetic as described throughout this Second Amended Complaint.

97.    Defendants failed to disclose, misrepresented and/or concealed the foregoing material facts from Plaintiffs and the Class knowing that these facts may have justifiably induced them to refrain from purchasing Defendants' Products and instead purchase another manufacturer's personal care products that were actually all natural, or to purchase a less expensive non-natural substitute products.

98.    As set forth in paragraphs 9-12 of this Second Amended Complaint, Plaintiffs relied on Defendants' "Pure Natural" and "All Natural" representations on Defendants' personal care Products' labels as a material basis for their decisions to purchase Defendants' Products.  Moreover, based on the very materiality of Defendants' misrepresentations, concealments and omissions uniformly made on or omitted from their Products' labels, Class members' reliance on those

1   misrepresentations, concealments and omissions as a material basis for their decision to purchase

2   Defendants' Products may be presumed or inferred for all Class members.

3       99.   Defendants carried out the scheme set forth in this Second Amended Complaint

4   willfully, wantonly and with reckless disregard for the interests of Plaintiffs and the Class.

5       100.   By reason of the foregoing, Plaintiffs and members of the Class have been injured by

6   purchasing the Products represented to be "All Natural" or "Pure Natural" which were not, and/or by

7   paying a premium for that supposedly "All Natural" and "Pure Natural" Products over less

8   expensive non-natural alternatives.   Plaintiffs and the Class are therefore entitled to recover

9   damages, punitive damages, equitable relief such as restitution and disgorgement of profits, and

10  declaratory and injunctive relief.

11                      **SECOND CAUSE OF ACTION**
                    **("Unlawful" Business Practices in Violation of**
12   **The Unfair Competition Law ("UCL"), Bus. & Prof. Code §§17200, *et seq*.)**

13      101.   Plaintiffs hereby incorporate all other paragraphs of this Second Amended Complaint

14  and restate them as if they were fully set forth herein.

15      102.   The UCL defines unfair business competition to include any "unlawful, unfair or

16  fraudulent" act or practice, as well as any "unfair, deceptive, untrue or misleading" advertising.  Cal.

17  Bus. & Prof. Code §17200.

18      103.   A business act or practice is "unlawful" if it violates any established state or federal

19  law.

20      104.   California's Sherman Food, Drug, and Cosmetic Law ("Sherman Law"), Chapter 7,

21  Article 3, Section 111730 provides that: "Any cosmetic is misbranded if its labeling is false or

22  misleading in any particular."[57]

23      105.    Defendants violated, and continue to violate the Sherman Law Section 111730, and

24  hence has also violated and continue to violate the "unlawful" prong of the UCL, through their use

25  of the terms "Pure Natural" and "All Natural" on the labels of their personal care Products that

26  _____

27  [57] Other states have materially identical laws.  For example, Pennsylvania's statute provides that
    "A…cosmetic shall be deemed to be misbranded: (1) If its labeling is false or misleading in any
28  particular." 35 P.S. §780-108.

1   contain artificial or synthetic ingredients including, but not limited to, Alpha-isomethyl Ionone,

2   Amyl Cinnamal, Ascorbic Acid, Benzyl Alcohol, Benzyl Benzoate, Benzyl Silicylate, Cetearyl

3   Alcohol, Cetyl Alcohol, Cinnamyl Alcohol, Citral, Citronellol, Coumarin, Geraniol, Glycerine,

4   Hydroxycitronellal, Polysorbate 20, Polysorbate 60, Potassium Hydroxide, Propylene Glycol,

5   Pyrodixine Hydrochloride, Sodium Benzoate, Stearyl Alcohol, Tocopherols, Vanillin and Xanthan

6   Gum.  Defendants' identical conduct that violates the Sherman Law also violates the FDCA §602,

7   21 U.S.C. §362(a), which declares cosmetics misbranded under federal law "if its labeling is false

8   and misleading in any particular."  This identical conduct serves as the sole factual basis of each

9   cause of action brought by this Second Amended Complaint, and Plaintiffs do not seek to enforce

10  any of the state law claims raised herein to impose any standard of conduct that exceeds that which

11  would violate FDCA §602(a).

12      106.   The MMWA also makes the breach of either a "written warranty" or an "implied

13  warranty" of merchantability a violation of federal law.  15 U.S.C. §2310(d).  Defendants violated,

14  and continue to violate the MMWA as alleged in the First Cause of Action, and hence has also

15  violated, and continue to violate, the "unlawful" prong of the UCL through their use of the terms

16  "All Natural" and "Pure Natural" on the labels of the Products that contain artificial and/or synthetic

17  ingredients including, but not limited to, Alpha-isomethyl Ionone, Amyl Cinnamal, Ascorbic Acid,

18  Benzyl Alcohol, Benzyl Benzoate, Benzyl Silicylate, Cetearyl Alcohol, Cetyl Alcohol, Cinnamyl

19  Alcohol, Citral, Citronellol, Coumarin, Geraniol, Glycerine, Hydroxycitronellal, Polysorbate 20,

20  Polysorbate 60, Potassium Hydroxide, Propylene Glycol, Pyrodixine Hydrochloride, Sodium

21  Benzoate, Stearyl Alcohol, Tocopherols, Vanillin and Xanthan Gum.

22      107.   By committing the acts and practices alleged above, Defendants have engaged, and

23  continue to be engaged, in unlawful business practices within the meaning of California Business

24  and Professions Code §§17200, *et seq.*

25      108.   Through their unlawful acts and practices, Defendants have obtained, and continue to

26  unfairly obtain, money from members of the Class.  As such, Plaintiffs request that this Court cause

27  Defendants to restore this money to Plaintiffs and all Class members, to disgorge the profits

28  Defendants made on these transactions, and to enjoin Defendants from continuing to violate the

SECOND AMENDED COMPLAINT for Damages, Equitable, Declaratory and Injunctive Relief;
Case No.: 4:11-cv-06342-PJH

1    Unfair Competition Law or violating it in the same fashion in the future as discussed herein.

2    Otherwise, the Class may be irreparably harmed and/or denied an effective and complete remedy if

3    such an order is not granted.

4                              **THIRD CAUSE OF ACTION**
                     **("Unfair" Business Practices in Violation of**
5        **The Unfair Competition Law ("UCL"), Bus. & Prof. Code §§17200,** *et seq.***)**

6         109.    Plaintiffs hereby incorporate all other paragraphs of this Second Amended Complaint

7    and restate them as if they were fully set forth herein.

8         110.    The UCL defines unfair business competition to include any "unlawful, unfair or

9    fraudulent" act or practice, as well as any "unfair, deceptive, untrue or misleading" advertising.  Cal.

10   Bus. & Prof. Code §17200.

11        111.    A business act or practice is "unfair" under the Unfair Competition Law if the

12   reasons, justifications and motives of the alleged wrongdoer are outweighed by the gravity of the

13   harm to the alleged victims.

14        112.    Defendants have and continue to violate the "unfair" prong of the UCL through their

15   misleading description of their personal care Products as being "All Natural" and "Pure Natural"

16   when indeed one or more ingredients in each of Defendants' personal care Products are artificial

17   and/or synthetic.  The gravity of the harm to members of the Class resulting from such unfair acts

18   and practices outweighs any conceivable reasons, justifications and/or motives of Defendants for

19   engaging in such deceptive acts and practices.  By committing the acts and practices alleged above,

20   Defendants have engaged, and continue to be engaged, in unfair business practices within the

21   meaning of California Business and Professions Code §§17200, *et seq.*

22        113.    Through their unfair acts and practices, Defendants have obtained, and continues to

23   unfairly obtain, money from members of the Class.  As such, Plaintiffs request that this Court cause

24   Defendants to restore this money to Plaintiffs and all Class members, to disgorge the profits

25   Defendants have made on its Products, and to enjoin Defendants from continuing to violate the

26   Unfair Competition Law or violating it in the same fashion in the future as discussed herein.

27   Otherwise, the Class may be irreparably harmed and/or denied an effective and complete remedy if

28   such an order is not granted.

1

2

**FOURTH CAUSE OF ACTION**
**("Fraudulent" Business Practices in Violation of**
**The Unfair Competition Law ("UCL"), Bus. & Prof. Code §§17200, *et seq*.)**

3      114.   Plaintiffs hereby incorporate all other paragraphs of this Second Amended Complaint

4   and restate them as if they were fully set forth herein.

5      115.   The UCL defines unfair business competition to include any "unlawful, unfair or

6   fraudulent" act or practice, as well as any "unfair, deceptive, untrue or misleading" advertising.  Cal.

7   Bus. & Prof. Code §17200.

8      116.   A business act or practice is "fraudulent" under the Unfair Competition Law if it

9   actually deceives or is likely to deceive members of the consuming public.

10     117.   Defendants' acts and practices of mislabeling their personal care Products as "Pure

11   Natural" and "All Natural" despite the fact they contained artificial and/or synthetic ingredients have

12   the effect of misleading consumers into believing the Products are something they is not.

13     118.   As a result of the conduct described above, Defendants have been, and will continue

14   to be, unjustly enriched at the expense of Plaintiffs and members of the Class.   Specifically,

15   Defendants have been unjustly enriched by the profits they have obtained from Plaintiffs and the

16   Class from the purchases of Defendants' Products.

17     119.   Through their unfair acts and practices, Defendants have improperly obtained, and

18   continue to improperly obtain, money from members of the Class.  As such, Plaintiffs request that

19   this Court cause Defendants to restore this money to Plaintiffs and all Class members, to disgorge

20   the profits Defendants have made on their Products, and to enjoin Defendants from continuing to

21   violate the Unfair Competition Law or violating it in the same fashion in the future as discussed

22   herein.  Otherwise, the Class may be irreparably harmed and/or denied an effective and complete

23   remedy if such an order is not granted.

24

25

**FIFTH CAUSE OF ACTION**
**(False Advertising in Violation of**
**California Business & Professions Code §§l7500, *et seq*.)**

26     120.   Plaintiffs hereby incorporate all other paragraphs of this Second Amended Complaint

27   and restate them as if they were fully set forth herein.

28

---

49

121.    Defendants use advertising on its packaging to sell their personal care Products. Defendants are disseminating advertising concerning their goods which by its very nature is deceptive, untrue, or misleading within the meaning of California Business & Professions Code §§17500, *et seq.* because those advertising statements contained on Defendants' Products' labels are misleading and likely to deceive, and continue to deceive, members of the putative class and the general public.

122.    In making and disseminating the statements alleged herein, Defendants knew or should have known that the statements were untrue or misleading, and acted in violation of California Business & Professions Code §§17500, *et seq.* Indeed, as described above in paragraphs 63-71, Defendants had specific knowledge that at least one of the ingredients found in 151 out of 203 of their personal care products, Sodium Benzoate, was not natural and could not be obtained from a natural source, yet they continued to include it in Products labeled as being "Pure Natural" and "All Natural."

123.    The misrepresentations and non-disclosures by Defendants of the material facts detailed above constitute false and misleading advertising and therefore constitutes a violation of California Business & Professions Code §§17500, *et seq.*

124.    Through their deceptive acts and practices, Defendants have improperly and illegally obtained money from Plaintiffs and members of the Class. As such, Plaintiffs request that this Court cause Defendants to restore this money to Plaintiffs and members of Class, and to enjoin Defendants from continuing to violate California Business & Professions Code §§17500, *et seq.*, as discussed above. Otherwise, Plaintiffs and those similarly situated will continue to be harmed by Defendants' false and/or misleading advertising.

125.    Pursuant to California Business & Professions Code §17535, Plaintiffs seek an order of this Court ordering Defendants to cease labeling their Products as "All Natural" and "Pure Natural" when they are not, and to fully disclose the true nature of their misrepresentations. Plaintiffs additionally request an order requiring Defendants to disgorge their ill-gotten gains and/or award full restitution of all monies wrongfully acquired by Defendants by means of such acts of false advertising, plus interest and attorneys fees so as to restore any and all monies which were

1    acquired and obtained by means of such untrue and misleading advertising, misrepresentations and

2    omissions, and which ill-gotten gains are still retained by Defendants.  Plaintiffs and the Class may

3    be irreparably harmed and/or denied an effective and complete remedy if such an order is not

4    granted.

5        126.    Such conduct is ongoing and continues to this date.  Plaintiffs and the Class are

6    therefore entitled to the relief described below.

7                        **SIXTH CAUSE OF ACTION**
                  **(Violation of the Consumers Legal Remedies Act,**
8                    **California Civil Code §§1750, *et seq*.)**

9        127.    Plaintiffs hereby incorporate all other paragraphs of this Second Amended Complaint

10   and restate them as if they were fully set forth herein.  This Count is brought on behalf of Plaintiffs,

11   the Class and the general public.

12       128.    This cause of action is brought pursuant to the Consumers Legal Remedies Act,

13   California Civil Code §§1750, *et seq*. (the "CLRA").

14       129.    Plaintiffs and each member of the proposed Class are "consumers" within the

15   meaning of Civil Code §1761(d).

16       130.    The purchases of Defendants' personal care Products by consumers constitute

17   "transactions" within the meaning of Civil Code §1761(e) and the Products offered by Defendants

18   constitute "goods" within the meaning of Civil Code §1761(a).

19       131.    Defendants have violated, and continue to violate, the CLRA in at least the following

20   respects:

21       a.    In violation of Civil Code §1770(a)(5), Defendants represented that the goods (i.e.,
              the personal care Products) had characteristics which they did not have;
22
         b.    in violation of Civil Code §1770(a)(7), Defendants represent that their goods were of
23             a particular standard, quality or grade, which they were not; and

24       c.    in violation of Civil Code §1770(a)(9), Defendants advertised their goods with the
              intent not to provide what they advertised.
25

26       132.    Plaintiffs and the members of the Class request that this Court enjoin Defendants

27   from continuing to engage in the unlawful and deceptive methods, acts and practices alleged above

28   pursuant to California Civil Code §1780(a)(2).  Unless Defendants are permanently enjoined from

SECOND AMENDED COMPLAINT for Damages, Equitable, Declaratory and Injunctive Relief;
Case No.: 4:11-cv-06342-PJH

1  continuing to engage in such violations of the CLRA, future consumers of Defendant's Products will

2  be damaged by their acts and practices in the same way as have Plaintiffs and the members of the

3  proposed Class.

4        133.  As set forth in paragraphs 78-79, Plaintiffs notified Defendants in writing of the

5  particular violations of Civil Code §1770 and demanded that Defendants repair or otherwise rectify

6  the problems associated with its illegal behavior detailed above, which actions are in violation of

7  Civil Code §1770.  Defendants failed to adequately respond to Plaintiffs' demands within 30 days of

8  Plaintiffs' notice pursuant to Civil Code 1782(b) as Defendants did not refund moneys paid by

9  Plaintiffs or the Class, or take any other action to repair or rectify the problems associated with its

10  illegal behavior as set forth herein, or promise to do so with respect to those persons, such as

11  Plaintiffs and the Class, who purchased Defendants supposedly "All Natural" and "Pure Natural"

12  personal care Products that contained non-natural, artificial and/or synthetic ingredients.

13        134.  Plaintiffs hereby requests damages as provided for in Civil Code §1780 for those

14  personal care Products Defendants were given notice about:

15        a.     actual damages in excess of the jurisdictional limits of this Court;

16        b.     statutory damages allowable under Civil Code §1780;

17        c.     punitive damages;

18        d.     any other relief which the Court deems proper; and

19        e.     court costs and attorneys' fees.

20              **PRAYER**

21       WHEREFORE, Plaintiffs, on behalf of themselves and on behalf of the other members of the

22  Class, and for the Causes of Action so applicable on behalf of the general public, request award and

23  relief as follows: request award and relief as follows:

24       A.  An order certifying that this action is properly brought and may be maintained as a

25  class action, that Plaintiffs be appointed Class Representatives and Plaintiffs' counsel be appointed

26  Counsel for the Class.

27       B.  Restitution in such amount that Plaintiffs and all Class members paid to purchase

28  Defendants' personal care Products, or paid as a premium over non-natural alternatives, or

SECOND AMENDED COMPLAINT for Damages, Equitable, Declaratory and Injunctive Relief;
Case No.: 4:11-cv-06342-PJH

restitutionary disgorgement of the profits Defendants obtained from those transactions, for Causes of Action for which they are available.

        C.        Compensatory damages for Causes of Action for which they are available.

        D.        Statutory damages allowable under Civil Code §1780.

        E.        Punitive Damages for Causes of Action for which they are available.

        F.        A declaration and order enjoining Defendants from advertising their personal care products misleadingly, in violation of California's Sherman Food, Drug and Cosmetic Law and other applicable laws and regulations as specified in this Second Amended Complaint.

        G.        An order awarding Plaintiffs their costs of suit, including reasonable attorneys' fees and pre- and post-judgment interest.

        H.        An order requiring an accounting for, and imposition of, a constructive trust upon all monies received by Defendants as a result of the unfair, misleading, fraudulent and unlawful conduct alleged herein.

        I.        Such other and further relief as may be deemed necessary or appropriate.

**DEMAND FOR JURY TRIAL**

        Plaintiffs hereby demand a trial by jury on all causes of action and/or issues so triable.

Dated:  July 16, 2012

                      **STEMBER FEINSTEIN DOYLE**
                         **PAYNE & KRAVEC, LLC**

                      By:  _s/Joseph N. Kravec, Jr._
                              Joseph N. Kravec, Jr.
                              (admitted *pro hac vice*)

                      Wyatt A. Lison ( admitted *pro hac vice*)
                      Allegheny Building, 17th Floor
                      429 Forbes Avenue
                      Pittsburgh, PA  15219
                      Tel:  (412) 281-8400
                      Fax:  (412) 281-1007
                      Email:jkravec@stemberfeinstein.com
                      Email: wlison@stemberfeinstein.com

SECOND AMENDED COMPLAINT for Damages, Equitable, Declaratory and Injunctive Relief;
Case No.: 4:11-cv-06342-PJH

Janet Lindner Spielberg (SBN 221926)
**LAW OFFICES OF JANET LINDNER**
  **SPIELBERG**
12400 Wilshire Boulevard, #400
Los Angeles, California  90025
Tel:  (310) 392-8801
Fax:  (310) 278-5938
Email: jlspielberg@jlslp.com

Michael D. Braun (SBN 167416)
**BRAUN LAW GROUP, P.C.**
10680 West Pico Boulevard, Suite 280
Los Angeles, California  90064
Fax:  (310) 836-6010
Email: service@braunlawgroup.com

***ATTORNEYS FOR PLAINTIFFS***

SECOND AMENDED COMPLAINT for Damages, Equitable, Declaratory and Injunctive Relief;
Case No.: 4:11-cv-06342-PJH