UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SKYE ASTIANA, et al.,

    Plaintiffs,

    v.

THE HAIN CELESTIAL GROUP, INC. et al.,

    Defendants.

_____/

No. C 11-6342 PJH

**JUDGMENT**

    This action came on for hearing before the court, and the issues having been duly heard and the court having granted, on November 19, 2012, defendants The Hain Celestial Group, Inc.'s and JASON Natural Products, Inc.'s motion to dismiss,

    it is Ordered and Adjudged

    that judgment is entered in favor of defendants and against plaintiffs Skye Astiana and Tamar Davis Larsen on the claims asserted against them.

**IT IS SO ORDERED.**

Dated: November 19, 2012

_____
PHYLLIS J. HAMILTON
United States District Judge