1  JAMES M. SCHURZ (CA SBN 145874)
   JSchurz@mofo.com
2  KEVIN M. COLES (CA SBN 271518)
   KColes@mofo.com
3  MORRISON & FOERSTER LLP
   425 Market Street
4  San Francisco, California  94105-2482
   Telephone: 415.268.7000
5  Facsimile: 415.268.7522

6  Attorneys for Defendants
   THE HAIN CELESTIAL GROUP, INC. AND JASON
7  NATURAL PRODUCTS, INC.

8
                    UNITED STATES DISTRICT COURT
9
        FOR THE NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION
10

11

12  SKYE ASTIANA and TAMAR DAVIS LARSEN,           Case No.   CV 11-6342-PJH

13              Plaintiffs,                        **SUBSTITUTION OF COUNSEL**
                                                   AND ORDER
14       v.
                                                   Judge:  Hon. Phyllis J. Hamilton
15  THE HAIN CELESTIAL GROUP, INC. and
    JASON NATURAL PRODUCTS, INC.,
16
                Defendants.
17

SUBSTITUTION OF COUNSEL
Case No. CV 11-6342-PJH
sf-3538717

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that defendants The Hain Celestial Group, Inc. and Jason Natural Products, Inc. hereby substitute James M. Schurz and Kevin M. Coles of Morrison & Foerster LLP, 425 Market Street, San Francisco, California 94105 in place of Simon J. Frankel, Margaret Dorothy Wilkinson and Matthew D. Kellogg of Covington & Burling LLP and William J. Friedman of the Law Offices of William J. Friedman as their counsel of record in this action. Defendants consent to the substitution of counsel.

Covington & Burling LLP consents to this substitution.

Dated: May 26, 2015          SIMON J. FRANKEL
                             MARGARET DOROTHY WILKINSON
                             MATTHEW D. KELLOGG
                             COVINGTON & BURLING LLP


                             By:   /s/ *Simon J. Frankel*
                                   SIMON J. FRANKEL

                             Attorneys for Defendants
                             THE HAIN CELESTIAL GROUP,
                             INC. and JASON NATURAL
                             PRODUCTS, INC.

William J. Friedman consents to this substitution.

Dated: May 26, 2015          WILLIAM J. FRIEDMAN
                             LAW OFFICES OF WILLIAM J.
                             FRIEDMAN


                             By:   /s/ *William J. Friedman*
                                   WILLIAM J. FRIEDMAN

                             Attorney for Defendants
                             THE HAIN CELESTIAL GROUP,
                             INC. and JASON NATURAL
                             PRODUCTS, INC.

//

//

SUBSTITUTION OF COUNSEL
Case No. CV 11-6342-PJH
sf-3538717

1

1  Morrison & Foerster LLP accepts this substitution.

Dated: May 26, 2015

JAMES M. SCHURZ
KEVIN M. COLES
MORRISON & FOERSTER LLP

By: /s/ *James M. Schurz*
JAMES M. SCHURZ

Attorneys for Defendants
THE HAIN CELESTIAL GROUP,
INC. and JASON NATURAL
PRODUCTS, INC.

5/28/15

IT IS SO ORDERED
Judge Phyllis J. Hamilton
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

SUBSTITUTION OF COUNSEL
Case No. CV 11-6342-PJH
sf-3538717

2

**ECF CERTIFICATION**

I, Kevin Coles, am the ECF User whose identification and password are being used to file this Substitution of Counsel notice. In compliance with Local Civil Rule 5-1, I hereby attest that James M. Schurz, Simon J. Frankel and William J. Friedman have concurred in this filing.

          */s/ Kevin M. Coles*
          KEVIN M. COLES

          Attorneys for Defendants
          THE HAIN CELESTIAL GROUP, INC. and
          JASON NATURAL PRODUCTS, INC.

ECF CERTIFICATION
Case No. CV 11-6342-PJH
sf-3538717

1