JAMES M. SCHURZ (CA SBN 145874)
JSchurz@mofo.com
KEVIN M. COLES (CA SBN 271518)
KColes@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

Attorneys for Defendants
THE HAIN CELESTIAL GROUP, INC. and
JASON NATURAL PRODUCTS, INC.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SKYE ASTIANA and TAMAR DAVIS LARSEN,

Plaintiffs,

v.

THE HAIN CELESTIAL GROUP, INC. and JASON NATURAL PRODUCTS, INC.,

Defendants.

Case No. CV 11-6342-PJH (DMR)

**~~[PROPOSED]~~ ORDER GRANTING DEFENDANTS' LETTER REQUEST REGARDING ATTENDANCE AT SETTLEMENT CONFERENCE**

Having considered Defendant The Hain Celestial Group, Inc.'s letter request dated February 23, 2016, filed concurrently herewith,

**IT IS HEREBY ORDERED:**

Lead trial counsel for Defendants, James M. Schurz, is excused from attending the March 4, 2016 settlement conference and Kevin M. Coles may attend in his place.

**IT IS SO ORDERED.**

DATED: February 24, 2016

UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA
IT IS SO ORDERED
Judge Donna M. Ryu

DONNA M. RYU
United States Magistrate Judge