UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SKYE ASTIANA, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>THE HAIN CELESTIAL GROUP, INC., et al.,<br><br>　　　　Defendants. | Case No.  4:11-cv-06342-PJH   (DMR)<br><br>**ORDER RE SEALED TRANSCRIPT OR FTR AUDIO RECORDING** |

On March 4, 2016, the undersigned held a settlement conference in the above matter, and a confidential agreement was placed on the record following that day's conference. The undersigned hereby ORDERS that any transcript or FTR audio recording of that proceeding be filed and maintained under seal.

However, the court reporters or courtroom deputy are directed to provide counsel for any party in this matter with a transcript or copy of FTR audio recording of that day's proceedings upon their request and without further order.

**IT IS SO ORDERED.**

Dated: March 4, 2016

_____
DONNA M. RYU
United States Magistrate Judge